UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS A. GARCIA PEREZ, et al

v.  CASE NUMBER: 97-1703 (DRD)

ALVARO SANTAELLA, MD., et al

v.

DR. MARIA T. CASADO GARCIA, et al

### ORDER

The Court hereby rules as follows:

| Docket No. | Ruling | Title and Date |
|---|---|---|
| 33 | **GRANTED** | Motion for leave to file third party complaint, September 21, 1999 |
| 34 | **GRANTED** | Motion, October 4, 1999 |
| 35 | **GRANTED** | Motion requesting extension of time to notify expert report, October 7, 1999 |

Regarding **Docket No. 33:**

The Clerk of the Court is hereby ordered to issue the summons accompanying Defendant and Third Party Plaintiff's Third Party Complaint.

IT IS SO ORDERED.

DATE: October 25, 1999

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

N \MINUTES\97-1703 MTN

