UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                DATE: November 18, 1999

**CIVIL NO. 97-1703 (DRD)**
LAW CLERK: Karen A. Rivera-Turner

================================================================

| CARLOS A. GARCIA PEREZ, et al. | Attorneys: | Andres Guillemard, present by telephone |
|---|---|---|
| Plaintiff | | |
| v. | | |
| ALVARO SANTAELLA, M.D. et al. | | Pedro J. Córdova for Santaella |
| Defendants | | Rafael Peña Ramón for Ashford |

================================================================

STATUS CONFERENCE was scheduled for today but, having the Court authorized third party complaint, the Court finds that it is premature to hold a status conference at this time. Instead, once the last third party defendant has answered the third party complaint, or once the term for answering has expired for all third party defendants, plaintiff is ordered to move the court to schedule another status conference. To facilitate this task, third party plaintiff will notify plaintiff when the last third party defendant is served with process. Third party defendant has **THIRTY (30) DAYS to serve** all third party defendants. **NO EXTENSIONS WILL BE GRANTED.**

                                             _____
                                                  LAW CLERK

s/c: Counsel of record

N:\MINUTES\97-1703 MEM