IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



CARLOS GARCIA PEREZ, et al

Plaintiffs

vs

Civil No. 97-1703 (DRD)

ALVARO SANTAELLA, et al

Defendants

| MOTION | ORDER |
|---|---|
| MOTION FOR EXTENSION OF TIME TO ANSWER THE COMPLAINT.  DKT #41 | ( X ) GRANTED until 1/7/00 |
| | ( ) DENIED |
| | ( ) MOOT |

Date:  12/8/99

FRANCES RIOS DE MORAN
Clerk of the Court

By:  Nancy Pérez
     Deputy Clerk