IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS A. GARCIA PEREZ, et al

Plaintiffs

vs

ALVARO SANTAELLA, et al

Defendants

Civil No. 97-1703 (DRD)

*RECEIVED AND FILED 99 DEC 13 PM 4: 25 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

| MOTION | ORDER |
|---|---|
| MOTION FOR EXTENSION OF TIME TO ANSWER THE COMPLAINT.  DKT #48 | ( X ) GRANTED until 1/10/00<br><br>(  ) DENIED<br><br>(  ) MOOT |

Date:   12/13/99

FRANCES RIOS DE MORAN
Clerk of the Court

By:   Nancy Pérez
      Deputy Clerk