IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS A. GARCIA PEREZ, et al

Plaintiffs

vs

ALVARO SANTAELLA, et al

Defendants

Civil No. 97-1703 (DRD)

RECEIVED AND FILED
99 DEC 21 AM 8:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| MOTION | ORDER |
|---|---|
| MOTION FOR EXTENSION OF TIME TO ANSWER THE COMPLAINT.   DKT #50 | ( X )  GRANTED until 1/2/00<br><br>(   )  DENIED<br><br>(   )  MOOT |

Date:  12/20/99

FRANCES RIOS DE MORAN
Clerk of the Court

By:  Nancy Pérez
     Deputy Clerk