IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS A. GARCIA PEREZ, et al

Plaintiffs

vs

ALVARO SANTAELLA, et al

Defendants

Civil No. 97-1703 (DRD)

RECEIVED AND FILED
99 DEC 21 AM 8:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| MOTION | ORDER |
|---|---|
| MOTION FOR EXTENSION OF TIME TO ANSWER THE COMPLAINT.  DKT #51 | ( X ) GRANTED until 1/14/00 |
| | ( ) DENIED |
| | ( ) MOOT |

Date: 12/20/99

FRANCES RIOS DE MORAN
Clerk of the Court

*Nancy Pérez*

By:   Nancy Pérez
      Deputy Clerk