IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS A. GARCIA PEREZ, et al

Plaintiffs

vs

ALVARO SANTAELLA, et al

Defendants

Civil No. 97-1703 (DRD)

| MOTION | ORDER |
|---|---|
| MOTION FOR EXTENSION OF TIME TO ANSWER THE COMPLAINT. DKT #58 | ( X )  GRANTED until 1/21/00<br><br>(  )  DENIED<br><br>(  )  MOOT |

Date:  12/28/99

FRANCES RIOS DE MORAN
Clerk of the Court

By:  Nancy Pérez
Deputy Clerk