UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS GARCIA PEREZ et al

   Plaintiff

v.                                                                                  CASE NUMBER: 97-1703 (DRD)

ALVARO SANTAELLA et al.

   Defendant

## ORDER

The Court hereby rules as follows:

| Docket No. | Ruling | Motion |
|---|---|---|
| 61 | **GRANTED/MOOT** | **Motion requesting additional extension of time - January 4, 2000:** |
| | | Co-defendant Casado answered the Third-Party Complaint on January 20, 2000 |
| 62 | **GRANTED** | **Motion requesting copy of documents - January 10, 2000:** |
| | | Third-party plaintiff has thirty (30) days to serve third-party defendant with copy of all documents filed as well as any discovery material that has been produced |
| 65 | **NOTED** | **Motion in compliance with Order - January 10, 2000:** |
| | | Status Conference is scheduled for March 7, 2000, at 5:00 p.m. |
| 66 | **GRANTED** | **Leave to withdraw as Counsel, January 19, 2000** |
| 68 | **GRANTED** | **Motion for additional extension of time - January 24, 2000:** |
| | | Absolutely no further extensions will be granted |

| | | |
|---|---|---|
| 69 | GRANTED | Extension of time to answer first set of interrogatories - January 24, 2000 |

IT IS SO ORDERED.

DATE: February *19*, 2000

*[signature]*

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

N:\97-1703 mtn