UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Carlos A Garcia Perez et al   CIVIL NO. 97-1703 (DRD)

v.

Defendant(s) Sr. Maria J. Casado
Garcia et al

| MOTION | ORDER |
|---|---|
| Docket entry no. 71 | ☒ GRANTED. |
| Date: Jan 31, 2000 | ☐ DENIED. |
| Title: Motion requesting extension of time to file answer to interrogatories | ☒ MOOT. |
| | ☐ NOTED. |
| Status/scheduling conference is to be held on March 7, 2000, at 5:00 p.m. At said time, the Court will set a case-management schedule. | |

RECEIVED AND FILED
00 MAR -9 AM 9:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: 3/07/2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

77