UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Carlos A Garcia Perez et al   CIVIL NO. 97-1703 (DRD)

v.

Defendant(s) Dr. Maria J Casado Garcia et al

| MOTION | ORDER |
|---|---|
| Docket entry no. 75 | ☐ GRANTED. |
| Date: Feb 18, 2000 | ☐ DENIED. |
| Title: Motion requesting that filings be ratified | ☐ MOOT. |
| | ☐ NOTED. |
| Third party plaintiff is to serve all third party defendants with copy of all documents filed as well as any discovery material that has been produced. Third party plaintiff has 30 days to comply. Parties to comply with Rule 311.14 | Should no answer be reached. Afterwards Motions may be filed. |

Received and filed 00 MAR -9 AM 9:04 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

Date: 3/07/2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

78