UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**             DATE: March 7, 2000

**CIVIL NO. 97-1703 (DRD)**
LAW CLERK: Karen A. Rivera-Turner

======================================================================

| | |
|---|---|
| CARLOS A. GARCIA PEREZ et al   <u>Attorneys</u>:<br>Plaintiffs<br><br>v.<br><br>DR. ALVARO SANTAELLA et al<br>Defendants | Andrés García Guillermard<br><br><br><br><br>**Pedro T. Córdova** for Dr. Alvaro Santaella<br>**Héctor E. Ramírez** substituting José E. Vivas for Dr. Iván Terón Méndez<br>**María Casablanca Baldrich** substituting Doris Quiñones Tridas for Dr. Amaury Vélez Torres<br>**Roberto Ruiz Comas** for Dra. Mildred Quiñones Pardo<br>**Marta I. Feliciano Montilla** for Ashford Presbyterian Hospital<br>**Pedro Toledo González** for Dr. Adel Vargas Rodríguez<br>**Ramonita Dieppa González** for Dra. María P. Casado<br>**Angel R. de Corral** for Asford Presbyterian Hospital<br>**José Luis González** for Dr. García |

======================================================================

STATUS CONFERENCE was held today.

Legal representation for Dr. de la Vega, Counsel Igor Domínguez, was not present. Counsel is to show cause within 10 days why he or his client should not be sanctioned for failure to appear at today's conference.

The parties informed the Court that all Third Party Plaintiffs have answered the Third Party Complaint and that discovery has begun. Plaintiff informed that he served upon all parties a preliminary expert report and requested that a scheduling Order be entered. The Court granted

Plaintiff's requested and set the following case-management schedule:

Defendant must serve its report by April 14, 2000. Thereafter, all Third Party Defendants will have thirty (30) days (May 15, 2000) to identify their experts and sixty (60) additional days (July 14, 2000) to serve their experts' preliminary reports. Failure to comply with any of these deadlines will result in exclusion of the noncomplying party's expert witness.

Depositions must be taken no later than ninety (90) days after the deadline for service of preliminary expert reports (October 12, 2000).

All parties must serve their final expert reports in full compliance with Rule 26 by November 15, 2000.

Cut off for dispositive motions is January 15, 2001. All parties are reminded that they must comply with the service procedure set forth in the Court's Standing Order.

Pretrial is scheduled for February 15, 2001, at 5:00 p.m.

Trial is scheduled to begin on March 5, 2001.

The Court is extremely emphatic that **ABSOLUTELY NO EXTENSIONS OF TIME WILL BE GRANTED.** A full year has been granted for preparation of this case. No further time will be allowed, even if all parties request the extension in unison. Further, all parties are forewarned that they must exhaust Local Rule 311 before moving the Court for orders regarding discovery.

Cut off for adding any new Third Party Defendants is sixty days after the deadline for preliminary expert reports. That is, September 12, 2000.

_Karen /s/_
LAW CLERK

s/c: Counsel of record

N:\MINUTES\97-1703B.MEM