UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Carlos Garcia Perez         CIVIL NO. 97-1703 (DRD)

v.

Defendant(s) Alvaro Santaella

| MOTION | ORDER |
|---|---|
| Docket entry no. 76 | ☒ GRANTED. |
| Date: Mar 7, 2000 | ☐ DENIED. |
| Title: Motion requesting extension of time to answer interrogatories | ☐ MOOT. |
| | ☐ NOTED. |

Henceforth, all parties must exhaust Local Rule 311 before moving the court on issues of discovery

Date: 3/23/2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

*Received and Filed 00 MAR 27 AM 7:59 — Clerk's Office, U.S. District Court, San Juan, P.R.*

80