UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS A. GARCIA PEREZ, et al

v.                                              CASE NUMBER: 97-1703 (DRD)

ALVARO SANTAELLA, MD., et al

v.

DR. MARIA T. CASADO GARCIA, et al

## ORDER

The Court hereby grants all requested extensions of time for the Third Party Plaintiffs to announce their expert witnesses. (Docket Nos. 84, 85, 86, 87, 88). In consideration of Plaintiff's Informative Motion Regarding Third Party Defendants's Motions for Extensions of Time (Docket No. 89), the Court adjusts the case-management schedule as follows:

    Third Party Defendants must identify their experts no later than June 16, 2000, and file their experts' preliminary reports no later than August 4, 2000. Depositions must then be taken no later than November 3, 2000. expert reports in full compliance with Rule 26 no later than December 1, 2000. Cut off date for dispositive motions is January 15, 2001.

    Notwithstanding the above changes in the case-management schedule, the Court leaves untouched the scheduled Pre-trial Conference and trial Date and forewarns that henceforth requests for extensions of time will be automatically denied. The Court has been extremely lenient granting extensions of time in this case and the time has come for the case to move on. As was stated in the Minutes for the Conference held on March 7, 2000, "A full year has been granted for preparation of this case. No further time will be allowed, even if all parties request the extension in unison." (Docket No. 79).

IT IS SO ORDERED.

DATE: June 14, 2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

N \97-1703b mem