UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE:OCTOBER 10, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**      **CASE NO.CIVIL 97-1703 (JAG)**

================================================================

CARLOS GARCIA PEREZ                     Attorneys:
                                        For Plaintiffs:

            VS
                                        For Defendant:
ALVARO SANTAELLA

================================================================

    By Order of the Court a status conference in the above-
mentioned case is set for **MONDAY, OCTOBER 23, 2000 AT 4:00 PM**
**before Judge Garcia Gregory.**

        Parties to be notified.


                                    _Lily Alicea_
                                    _____
                                    LILY ALICEA
                                    COURTROOM DEPUTY