UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: OCTOBER 23, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**        **CASE NO. CIVIL 97-1703 (JAG)**

================================================================

| | |
|---|---|
| CARLOS GARCIA PEREZ | Attorneys:<br>For Plantiff: |
| VS | |
| ALVARO SANTAELLA, ET AL | For Defendant: |

================================================================

By Order of the Court the status conference in the above-mentioned case scheduled for today is hereby rescheduled for **Wednesday, November 8, 2000 at 4:00 PM before Judge Garcia Gregory.**

Parties to be notified.

_____
Lily Alicea-Courtroom Deputy