UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**   DATE:NOVEMBER 8, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**   **CASE NO.CIVIL 97-1703(JAG)**

================================================================

CARLOS GARCIA PEREZ   Attorneys:
                     For Plantiff:

                     For Defendant:
ALVARO SANTAELLA
================================================================

At the request of the parties the status conference in the above-mentioned case set for this afternoon is hereby vacated. With the consent of the parties the same is hereby rescheduled for THURSDAY, NOVEMBER 16, 2000 AT 5:30 PM.

Parties to be notified.

_____
Lily Alicea-Courtroom Deputy

s/cs:to ( )
attys/pts
in ICMS
NOV 15 2000