UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: NOVEMBER 16, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**                    **CASE NO. CIVIL 97-1703**

===============================================================

| | |
|---|---|
| CARLOS GARCIA PEREZ | Attorneys:<br>For Plaintiffs: FRANCISCO REBOLLO |
| VS | |
| ALVARO SANTAELLA | For Defendant:<br>PEDRO CORDOVA<br>ANGEL DE CORRAL<br>RAMONITA DIEPPA<br>IGOR DOMINGUEZ<br>JOSE GONZALEZ CASTANER<br>NANNETTE ALOMAR<br>ROBERTO RUIZ COMAS<br>PEDRO TOLEDO<br>JOSE VIVAS |

===============================================================

Case called for status conference Attorney for plaintiff indicates that there is pending the taking of the deposition of his expert witness Dr. Harkavy and about twenty other depositions. It has been very difficult to get a date agreeable to all attorneys.

During the conference the parties were able to reach an agreeable date for the taking of the deposition of Dr. Harkavy and the same was scheduled for February 19 and 20 of 2001. After the taking of this deposition parties indicate that some of the parties might not be in the case anymore.

After the taking of the deposition the Court grants the parties 120 days to conclude discovery.

**Court sets a further status conference for February 26, 2001 at 4:30 PM**

Parties to be notified.

_____
Lily Alicea-Courtroom Deputy

s/c. (11)
NOV 22 2000