UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**  DATE: FEBRUARY 23, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**           CASE 97-1703(JAG)

===================================================================

CARLOS A. GARCIA PEREZ              Attorneys:
                                    For Plaintiffs:

        VS
                                    For Defendant:
ALVARO SANTAELLA

===================================================================

Attorney Roberto Ruiz Comas, on behalf of Dra. Mildred Quinonez, has filed a motion for continuance, docket #112, of the further status conference set for Monday, **February 26, 2001.**

The Court hereby grants said requests and resets the further status conference for **Tuesday, March 6, 2001 at 3:30 PM.**

Parties to be notified.

                                    _____
                                         LILY ALICEA
                                       COURTROOM DEPUTY

s/cc:to (12)
attys/pts
in ICMS

FEB 2 8 2001