UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS A. GARCIA PEREZ, et al

**Plaintiff(s)**

v.  CIVIL NUMBER: 97-1703(JAG)

ALVARO SANTAELLA, et al

**Defendant(s)**

v.

DR. MARIA T. CASADO GARCIA, et al

**Third Party Defendants**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/15/01<br>**Title:** Motion Requesting Leave to Withdraw as Legal Counsel<br>**Docket:** 111<br>[ ] **Plffs**   [x] **Defts**   [ ] **Other** | The Court grants attorney Marta Elisa González permission to withdraw as counsel. As well, the Court acknowledges Jaime Sifre-Rodríguez as the continuing legal representative of the co-defendants. |

Date: February 22, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

s/cs:to ( (1) )
attys/pts
in ICMS
FEB 28 2001

