UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
**MINUTES OF PROCEEDINGS:**                    DATE:MARCH 6, 2001
BEFORE HONORABLE JAY A. GARCIA GREGORY
COURTROOM DEPUTY:  Lily **ALICEA**           CASE NO.CIVIL 97-1703
================================================================

| | |
|---|---|
| CARLOS GARCIA PEREZ | Attorneys:<br>For Plaintiffs: ANDRES GUILLEMARD |
| VS | |
| ALVARO SANTAELLA ET ALS | For Defendant:<br>LUIS VILLARES SARMIENTO<br>PEDRO CORDOVA<br>ANGEL DE CORRAL<br>RAMONITA DIEPPA<br>IGOR DOMINGUEZ<br>JOSE GONZALEZ CASTANER<br>NANETTE ALOMAR<br>ROBERTO RUIZ COMAS<br>PEDRO TOLEDO<br>JOSE VIVAS |

================================================================

Case called for further status conference.  Attorney De Corral at this time moves for voluntary dismissal of the complaint against Dra. Ines Garcia.  Attorney for Dr. Garcia wants to know whether the will also be requesting voluntary dismissal against Dra. Garcia. Plaintiff answers that at this time he is not in a position to do that that he wants to wait until the end of the taking of the deposition.  Court dismisses the complaint against Dra. Garcia and excuses attorney Gonzalez Castaner from further participation in the case.

Attorney Vivas requests dismissal against Dr. Teron since he is in the same position as Dra. Garcia.  Plaintiff answers that he wants to read and review the deposition before making a determination.

Court orders the parties to meet and set dates for the continuation of the deposition of Dr. Harkavy and the rest that are

PAGE 2
CIVIL 97-1703
MARCH 6, 2001

to be taken of the third party defendants. Court orders the parties to submit a motion with the discovery timetable within 10 days.

A motion of jurisdictional issue will be filed shortly.

Court sets a further status conference for **Thursday, September 20, 2001 at 3:30 PM.**

Parties to be notified.

_____
LILY ALICEA
COURTROOM DEPUTY

s/cs:to ( 11 )
attys/pts
in ICMS
MAR 1 2 2001