UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS A. GARCIA PEREZ, et al

**Plaintiff(s)**

v.  CIVIL NUMBER: 97-1703(JAG)

ALVARO SANTAELLA, et al

**Defendant(s)**

v.

DR. MARIA T. CASADO GARCIA, et al

**Third Party Defendants**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/01/00<br>**Title:** Motion for Leave to File Amended Third Party Complaint<br>**Docket:** 106<br>[ ] **Plffs**  [ ] **Defts**  [x ] **Other** | **GRANTED.** |

Date: April 20, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge