UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS A. GARCIA PEREZ, et al

**Plaintiff(s)**

v.                                    **CIVIL NUMBER:** 97-1703(JAG)

ALVARO SANTAELLA, et al

**Defendant(s)**

v.

DR. MARIA T. CASADO GARCIA, et al

**Third Party Defendants**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/03/01<br>**Title:** Plaintiffs' Motion for Extension of Time<br>**Docket:** 121<br>[x] **Plffs**  [ ] **Defts**  [x] **Other** | **GRANTED.** |

Date: April 30, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge