# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

CARLOS A. GARCIA PEREZ, et al

**Plaintiff(s)**

v.                                              **CIVIL NUMBER:** 97-1703(JAG)

ALVARO SANTAELLA, et al

**Defendant(s)**

v.

DR. MARIA T. CASADO GARCIA, et al

**Third Party Defendants**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/17/01<br>**Title:** Plaintiffs' Motion to Submit Sworn Statements in Support of Opposition to Motion to Dismiss<br>**Docket:** 129<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED** as requested. The sworn statements shall form part of the record in support of the Opposition to Motion to Dismiss. |

Date: June 4, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

