RECEIVED & FILED
'01 JUN 8 PM 12 06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

CARLOS A. GARCIA PEREZ, et al

**Plaintiff(s)**

**v.** **CIVIL NUMBER:** 97-1703(JAG)

ALVARO SANTAELLA, et al

**Defendant(s)**

**v.**

DR. MARIA T. CASADO GARCIA, et al

**Third Party Defendants**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/29/01<br>**Title:** Motion for Leave to File Reply and for Extension of Time<br>**Docket**: 131<br>[ ] **Plffs** [ ] **Defts** [ x ] **Other** | **GRANTED** until July 2, 2001. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/01<br>**Title:** Plaintiffs' Opposition to Third Party Defendant Teron's Motion for Leave to File Reply<br>**Docket**: 133<br>[x ] **Plffs** [ ] **Defts** [ ] **Other** | **DENIED.** |

**Date:** June 5, 2001

**JAY A. GARCIA-GREGORY**
**U.S. District Judge**

(12) (135)