IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS A. GARCIA-PEREZ

    **Plaintiff(s)**

    v.                                                    CIVIL NO. 97-1703 (JAG)

ALVARO SANTAELLA, MD, et al

    **Defendant(s)**

DR. MARIA T. CASADO GARCIA, et al

    **Third Party Defendants**

---

## PARTIAL JUDGMENT

There being no just reasons for delay, the Court expressly directs the entry of judgment and enters judgment dismissing the third party complaint against Dr. Inés Elena García-García.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5th day of June, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge


