IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS A. GARCIA-PEREZ

**Plaintiff(s)**

v.                                                CIVIL NO.   97-1703 (JAG)

ALVARO SANTAELLA, MD, et al

**Defendant(s)**

DR. MARIA T. CASADO GARCIA, et al

**Third Party Defendants**

---

## ORDER

On April 24, 2001, the Court entered an Order (Docket #122) allowing the Third Party Complaint against Doctor Daisy Vázquez Dubeau to be filed. This probably explains why third party plaintiff Ashford Presbyterian Community Hospital received the summons. The Court, however, vacates its Order of April 24, 2001 in view of the dispositive jurisdictional issue raised by third party defendant Dr. Iván Terón Méndez' Motion to Dismiss (Docket #119). The Third Party Complaint shall revert to a tendered status and the summons vacated pending a decision on the jurisdictional issue.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 8th day of June, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge