IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS A. GARCIA-PEREZ

    Plaintiff(s)

    v.                            CIVIL NO.   97-1703 (JAG)

ALVARO SANTAELLA, MD, et al

    Defendant(s)

DR. MARIA T. CASADO GARCIA, et al

    Third Party Defendants

## ORDER

All dispositive motions in this case are referred to Magistrate-Judge Gustavo A. Gelpi for a report and recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 2nd day of July, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge