UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS A. GARCIA PEREZ, et al

**Plaintiff(s)**

v.

CIVIL NUMBER: 97-1703(JAG)

ALVARO SANTAELLA, et al

**Defendant(s)**

v.

DR. MARIA T. CASADO GARCIA, et al

**Third Party Defendants**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/09/01<br>**Title:** Plaintiffs' Motion for Leave to File Sur-Reply<br>**Docket:** 142<br>[ ] **Plffs**　[ ] **Defts**　[ x ] **Other** | **GRANTED.** The tendered sur-reply shall be filed. |

Date: July 26, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge