```
     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
MINUTES OF PROCEEDINGS:              DATE:SEPTEMBER 20, 2001
BEFORE HONORABLE JAY A. GARCIA GREGORY
COURTROOM DEPUTY:  Lily ALICEA          CASE NO.CIVIL 97-1703
================================================================
CARLOS GARCIA PEREZ                   Attorneys:
                                      For Plaintiffs: ANDRES
                                      GUILLEMARD
          VS
                                      For Defendant:
ALVARO SANTAELLA ET ALS               LUIS VILLARES SARMIENTO
                                      PEDRO CORDOVA
                                      RAMONITA DIEPPA
                                      NANETTE ALOMAR
                                      ROBERTO RUIZ COMAS
                                      PEDRO TOLEDO
                                      JOSE VIVAS
================================================================
```

Case called for further status conference. Court informs that there is pending a motion to dismiss for lack of jurisdiction. The Court will decide shortly whether the same will be referred to the magistrate for Report and Recommendation.

Parties inform that the depositions of third party defendants are being taken. A couple of them are pending and they will continue with the taking of the depositions. Plaintiff's deposition should be taken shortly. Court urges parties to continue with the discovery.

Court inquires from the parties whether they are willing to consent to have the trial before the magistrate. They will consult with their clients and inform the Court. Court grants parties until September 28, 2001 to submit a discovery timetable with possible pretrial and trial dates. They should also inform if they consent to have the trial before the magistrate.

Parties to be notified.

_____
Lily Aalicea-Courtroom Deputy

