## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

CARLOS A. GARCIA-PEREZ

**Plaintiff(s)**

v.

ALVARO SANTAELLA, MD, et al

**Defendant(s)**

DR. MARIA T. CASADO GARCIA, et al

**Third Party Defendants**

**CIVIL NO.**    97-1703 (JAG)

---

## ORDER

The pending Motion to Dismiss (Docket 119) filed by third-party defendant, Dr. Iván Terón

Méndez, based on this Court's lack of diversity jurisdiction as well as the opposition by plaintiffs

and any filed replies are referred to Magistrate-Judge Justo Arenas for a report and recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19th day of October, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge



