IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS A. GARCÍA PÉREZ, et al.,

Plaintiffs

v.

ALVARO SANTAELLA, et al.,

Defendants-Third-Party Plaintiffs

v.

DR. MARÍA CASADO GARCÍA, et al.,

Third-Party Defendants

CIVIL 97-1703 (JAG)

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Plaintiffs' Motion Requesting Pretrial and Trial Date, 12-19-01. | 156 | Denied. |
| Opposition to Plaintiffs' Motion Requesting Pretrial and Trial Date, 01-02-02. | 157 | Noted. |

In San Juan, Puerto Rico, this 5th day of February, 2002.

JUSTO ARENAS
United States Magistrate Judge

