UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 MAR 19  AM 8:30

RECEIVED AND FILED

CARLOS A. GARCIA PEREZ, et al

**Plaintiff(s)**

v.                                              CIVIL NUMBER: 97-1703(JAG)

ALVARO SANTAELLA, et al

**Defendant(s)**

v.

DR. MARIA T. CASADO GARCIA, et al

**Third Party Defendants**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/13/02<br>**Title:** Motion to stay proceedings and to withdraw legal representation.<br>**Docket:** 159, 164-165<br>[ ] **Plffs**   [ ] **Defts**   [ x ] **Other** | **DENIED.** The Court will not stay at the present time for discovery purposes. The depositions scheduled shall go forward. All discovery shall be completed by May 2002. The Court will entertain a petition for stay after completion of discovery with respect to third party defendant Maria T. Casado. The motion to withdraw legal representation is denied without prejudice of being renewed after the completion of discovery. Counsel for third party defendant, María T. Casado, shall appear and represent her during the discovery. Failure to comply will result in the imposition of sanctions. |

Date: March 18, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


