IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS A. GARCIA-PEREZ, et al

    **Plaintiff(s)**

    v.

ALVARO SANTAELLA, et al

    **Defendant(s)**

CIVIL NO. 97-1703 (JAG)

### JUDGMENT

Based on the Opinion and Order entered on this date, the Complaint is dismissed for lack of subject matter jurisdiction.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of June 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge

