UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS A. GARCIA PEREZ, et al

Plaintiff(s)

v.                                              CIVIL NO.  97-1703(JAG)

ALVARO SANTAELLA, et al

Defendant(s)

v.

DR. MARIA T. CASADO GARCIA, et al

Third Party Defendants

| MOTION | ORDER |
|---|---|
| Date Filed:  06/10/02<br>Title: Opposition to Plaintiffs<br>Motion for Trial Date<br>Docket:  172<br><br>[ ] Plffs   [ ] Defts   [ x ] Other | MOOT. |

Date:  July 12, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge