# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, P.R.*
*2002 AUG 26 AM 11: 23*
*RECEIVED AND FILED*

CARLOS A. GARCIA PEREZ, et al

**Plaintiff(s)**

v.                                              **CIVIL NO.** 97-1703(JAG)

ALVARO SANTAELLA, et al

**Defendant(s)**

v.

DR. MARIA T. CASADO GARCIA, et al

**Third Party Defendants**

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/31/02<br>**Title:** Motion Requesting Extension of Time to File Opposition to Plaintiff's Motion to Reconsider<br>**Docket:** 177 | **GRANTED** until August 30, 2002. |

[ ] Plffs   [ ] Defts   [ x ] Other

Date: August 22, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge



