# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

CARLOS A. GARCIA PEREZ, et al

**Plaintiff(s)**

v.                                                          **CIVIL NUMBER:** 97-1703(JAG)

ALVARO SANTAELLA, et al

**Defendant(s)**

v.

DR. MARIA T. CASADO GARCIA, et al

**Third Party Defendants**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/11/02<br>**Title:** Plaintiffs' Motion Requesting Leave to file a Reply<br>**Docket:** 180<br>[ X ] Plffs   [ ] Defts   [ ] Other | **GRANTED.** |

Date: September 20, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

