029-97/notapp4-9.n

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**CARLOS A. GARCIA-PEREZ,**
**et al.,**

    Plaintiffs,

    v.

**ALVARO SANTAELLA, MD, et al.,**

    Defendants.

Civil No. 97-1703 (JAG)

**NOTICE OF APPEAL**

TO THE HONORABLE COURT:

Notice is hereby given that the appearing plaintiffs, Carlos A. García-Pérez, Gisela M. Baerga-Torres, personally and on behalf of the Conjugal Partnership constituted by them and in representation of their minor daughter, Carla Isabel García-Baerga; the estate of María Génesis García-Baerga, represented by its sole heirs, Carlos A. García-Pérez and Gisela M. Baerga-Torres, the estate of Ana Carolina García-Baerga, represented by its sole heirs Carlos A. García-Pérez and Gisela M. Baerga-Torres, and the estate of Adriana María García-Baerga, represented by its sole heirs Carlos A. García-Pérez and Gisela M. Baerga-Torres, appeal to the United States Court of Appeals for the First Circuit from the Opinion and Order of this Honorable Court entered June 28, 2002 granting the Defendants' Motion to Dismiss for Lack of Jurisdiction, and the Judgment of the same date dismissing the complaint for lack of subject matter jurisdiction, as well as the Order entered March 21, 2003 denying Plaintiffs' Motion for Reconsideration.

- 1 -

029-97/notapp4-9.n

Respectfully submitted.

At San Juan, Puerto Rico, this 10th day of April, 2003.

**I HEREBY CERTIFY**: That a true and exact copy of the preceding document has been sent to **Pedro J. Córdova, Esq.**, P.O. Box 9023998, San Juan, Puerto Rico 00902-3998; to **Angel R. de Corral, Esq.**, De Corral & De Mier, P.O. Box 194468, San Juan, Puerto Rico 00919; to **Alexis D. Mattei Barrios, Esq.**, Otero & López, P.O. Box 9023933, San Juan, Puerto Rico 00902-3933; to **José Héctor Vivas, Esq.**, Vivas & Vivas, P.O. Box 330951, Ponce, Puerto Rico 00733-0951; to **Doris Quiñones Tridas, Esq.**, Quiñones Tridas Law Office, 113 Padre Las Casas, Suite 601, Urb. El Vedado, San Juan, Puerto Rico 00918-3116; to **Roberto Ruiz Comas, Esq.**, Bufete González Villamil, Andalucía 406 (Altos), Puerto Nuevo, San Juan, Puerto Rico 00920; to **Pedro Toledo González, Esq.**, Julio Bogoricin Building, Office L-06, Lobby, Ave. Ponce de León 1606, Santurce, Puerto Rico 00909; to **Igor J. Domínguez, Esq.**, 652 Muñoz Rivera Avenue, Suite 3125, San Juan, Puerto Rico 00918-4261.

**NACHMAN & GUILLEMARD**
Attorneys for Plaintiffs
P.O. Box 9949
San Juan, Puerto Rico 00908
Tel. (787) 724-1212; Fax (787) 725-1339

Andrés Guillemard-Noble
USDC-PR 207308
**Joan S. Peters**
USDC-PR 207409