UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

DATE:   May 7, 2003

DC #:   97-1703 (JAG)

APPEAL FEE PAID:   YES __X__   NO ____

CASE CAPTION:   Carlos A. García-Pérez   v.   Alvaro Santaella

IN FORMA PAUPERIS:   YES ____   NO __X__

MOTIONS PENDING:   YES __X__   NO ____

NOTICE OF APPEAL FILED BY:   Plaintiffs

APPEAL FROM:   Order entered on 03/21/03, Opinion & Order and Judgment dated 06/28/02 and entered on 07/01/02

SPECIAL COMMENTS:   Original documents in file folders

INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entries 1-100 | I |
| Docket Entries 101-163 | II |
| Docket Entries 164-186 | III |

I HEREBY certify that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Xiomara Muniz
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c:   ICMS Parties, Docket Clerk, Appeals Clerk

