# United States Court of Appeals
## For the First Circuit

———

No. 03-1670

CARLOS A. GARCÍA PÉREZ, ET AL.,

Plaintiffs, Appellants,

v.

ALVARO SANTAELLA, M.D., ET AL.,

Defendants, Appellees.

———

**JUDGMENT**

Entered:  April 13, 2004

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By: _____ Date: _____

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is reversed.

**By The Court:**

MARK R. SYSKA

_____

Mark R. Syska, Chief Deputy Clerk

[Certified copies to Hon. Jay A. Garcia-Gregory and Ms. Frances de Moran, Clerk, United States District Court for Puerto Rico.  Copies to Ms. Peters, Mr. Hector Vivas amd Mr. Pena Ramon.]