029-97/mfsc5-17.n

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARLOS A. GARCIA-PEREZ,** et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>**ALVARO SANTAELLA, MD, et al.,**<br><br>   Defendants. | Civil No. 97-1703 (JAG) |

**PLAINTIFFS' MOTION FOR
STATUS CONFERENCE AND TRIAL DATE**

TO THE HONORABLE COURT:

   COME NOW the plaintiffs, through the undersigned attorneys, and to this Honorable Court respectfully state and pray:

   1.   On June 28, 2002, this Honorable Court granted defendants' motion to dismiss for lack of diversity jurisdiction and entered judgment. Plaintiffs filed a motion to reconsider which was later denied. Plaintiffs then filed an appeal, and on April 13, 2004, the First Circuit Court of Appeals granted plaintiffs' appeal, reversing the dismissal of this action.

   2.   Prior to the entry of judgment in June, 2002, discovery had been well underway, but not yet completed. Plaintiffs are currently attempting to arrange a meeting of all counsel to schedule the remaining discovery.

   3.   In order to jump-start this case, plaintiffs are hereby requesting either a status

029-97/mfsc5-17.n

conference or a scheduling order, including a trial date. Plaintiffs believe that the remaining discovery could be fully completed within six months, and be ready for trial shortly thereafter.

WHEREFORE, plaintiffs respectfully request that this Honorable Court issue a scheduling order, with a trial date, or schedule a status conference wherein a discovery timetable, pre-trial, and trial dates could be set.

Respectfully submitted.

At San Juan, Puerto Rico, this 18th day of May, 2004.

**I HEREBY CERTIFY**: That a true and exact copy of the preceding document has been sent through the Case Management/Electronic Case Filing system which will send the notification to the parties to their registered e-mail addresses.

s/ Andrés Guillemard-Noble
**Andrés Guillemard-Noble**
USDC-PR 207308
e-mail: aguillemard@guillemardlaw.com

s/ Joan S. Peters
**Joan S. Peters**
USDC-PR 207409
e-mail: nrodriguez@guillemardlaw.com

**NACHMAN & GUILLEMARD**
Attorneys for Plaintiffs
P.O. Box 9949
San Juan, Puerto Rico 00908
Tel. (787) 724-1212; Fax (787) 725-1339