029-97/notapp5-17.n

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARLOS A. GARCIA-PEREZ,** et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>**ALVARO SANTAELLA, MD, et al.,**<br><br>    Defendants. | Civil No. 97-1703 (JAG) |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR CORRECTION**

TO THE HONORABLE COURT:

COME NOW the plaintiffs, through the undersigned attorneys, and to this Honorable Court respectfully state and pray:

1.  Upon a recent check of PACER, and as confirmed by a telephone conversation with the Clerk's Office, plaintiffs realized that the designated attorney of record for the plaintiffs, the Francisco Rebollo-Casalduc Law Office, is incorrect.

2.  The undersigned attorneys have always been, and continue to be to date, legal counsel for all plaintiffs. The Francisco Rebollo-Casalduc Law Office has never entered an appearance in this action.

WHEREFORE, plaintiffs respectfully request that this Honorable Court grant this notice of appearance and enter an order for the correction of the attorney of record.

- 1 -

029-97/notapp5-17.n

Respectfully submitted.

At San Juan, Puerto Rico, this 18th day of May, 2004.

**I HEREBY CERTIFY**: That a true and exact copy of the preceding document has been sent through the Case Management/Electronic Case Filing system which will send the notification to the parties to their registered e-mail addresses.

s/ Andrés Guillemard-Noble
**Andrés Guillemard-Noble**
USDC-PR 207308
e-mail: aguillemard@guillemardlaw.com

s/ Joan S. Peters
**Joan S. Peters**
USDC-PR 207409
e-mail: nrodriguez@guillemardlaw.com

**NACHMAN & GUILLEMARD**
Attorneys for Plaintiffs
P.O. Box 9949
San Juan, Puerto Rico 00908
Tel. (787) 724-1212; Fax (787) 725-1339