IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARLOS A. GARCIA-PEREZ ET AL**<br>     **Plaintiffs**<br><br>     **v.**<br><br>**ALVARO SANTAELLA ET AL**<br>     **Defendants** | **Civil No. 97-1703(JAG)** |

### ORDER

Pursuant to the Court's Order dated July 23, 2004, **this case is set for a Scheduling Conference on August 26, 2004, at 2:00 PM.**

The parties will hold a Rule 26 meeting and submit a proposed discovery and deposition schedule **not later than August 23, 2004.**

Parties are to be mindful of the fact that District Judge Jay A. García-Gregory has indicated that trial will be set for no later than February 2005.

**SO ORDERED.**

At San Juan, Puerto Rico, this 6th day of August, 2004.

S/**AIDA M. DELGADO-COLON**
**U.S. Magistrate-Judge**