UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| CARLOS A. GARCIA PEREZ, ET AL | * | COURT OF APPEALS |
| | * | CASE NO. 03-1670 |
| PLAINTIFFS-APPELLANTS | * | |
| | * | |
| VS. | * | |
| | * | |
| ALVARO SANTAELLA, ETA L | * | DISTRIC COURT |
| | * | CIVIL NO. 97-1703 (JGG) |
| DEFENDANTS-THIRD PARTY | * | |
| PLAINTIFFS APPEALS | * | |
| | * | |
| VS. | * | |
| | * | |
| DR. MARIA T. CASADO GARCIA, ET AL | * | |
| | * | |
| THIRD PARTY DEFENDANTS-APPELLES | * | |
| | * | |

MOTION CONCERNING NOTIFICATIONS

TO THE HONORABLE COURT:

Comes now the Guaranty Association of Miscellaneous Insurance of Puerto Rico, in the interest of Third Party Defendant Dr. María I. Casado Garcia, through the undersigned attorneys, respectfully avers and prays:

1. That on August 6, 2004, the Court entered an order, pursuant to a previous order of July 23, 2004 setting the case for a Scheduling Conference on August 26, 2004 at 2:00 p.m.

2. As of this date, the undersigned attorneys have not received copies of the orders of July 23 and August 6, 2004.

Motion Concerning Notifications
Case No. 03-1670
Page 2

WHEREFORE, the appearing party respectfully requests the Court to order the Clerk of the Court to notify the aforementioned orders to said party and all futures orders and directives to the address indicated below.

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court of the Court using the CM/ECF system which will send notification of such filing to the following: Pedro J. Córdova Pelegrina, Esq.; Angel R. De Corral Julia, Esq.; Ramonita Dieppa González, Esq.; Igor Domínguez Pérez, Esq.; Andres Guillemard Noble, Esq.; Doris Quiñonez Tridas, Esq.; Roberto E. Ruiz Comas, Esq.; Jaime Sifre Rodríguez, Esq.; Pedro Toledo González, Esq.; Luis V. Villares Sarmiento, Esq.; José H. Vivas, Esq.

In San Juan, Puerto Rico, this 31st day of August, 2004.

s/    ALEXIS D. MATTEI BARRIOS
USDC No. 113610
For the P.R. Insurance Guaranty Association
in the interest of María Casado García, MD
OTERO & LÓPEZ, L.L.P.
PO Box 9023933
San Juan, Puerto Rico  00902-3933
Tel.:  724-4828 / Fax:  722-7662
otelo@prtc.net