IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS A. GARCIA-PEREZ ET AL
    Plaintiffs

    v.                                        Civil No. 97-1703(JAG)

ALVARO SANTAELLA ET AL
    Defendants

**STATUS CONFERENCE REPORT AND ORDER**

On August 26, 2004, a Status Conference was held at which plaintiffs appeared represented by Attorney Mónica Guillemard. Defendants appeared represented by Attorneys Pedro J. Córdova, Angel De Corral-Juliá, Ricardo Rodríguez, Rafael Peña-Ramón, Jaime Sifre-Rodríguez, Luis Villares-Sarmiento, Alexis Mattei-Barrios, José H. Vivas, Roberto Ruiz-Comas, Doris Quiñones-Trida, Pedro Toledo-González, Igor Domínguez.

Prior to the conference the parties had filed and submitted a joint proposed discovery schedule which suggests a cut-off discovery date of March 11, 2005. (*See* **Docket No. 199**: Motion in Compliance With Order.) The same is **NOTED** and **APPROVED**. It was further agreed that **within twenty (20) days** (from the date of the conference) plaintiffs were to amend the complaint to include the third party defendants as defendants. Within the same period of time, Attorney Ricardo Rodríguez will update all medical records and obtain information regarding the minor's health condition and will designate the health care planner intended to provide expert testimony.

The only pending motion is a motion to dismiss filed by Attorney Igor Domínguez on behalf of Dr. Alberto De La Vega. Were the motion to dismiss

Civil No. 97-1703(JAG) Page No. 2

to be denied, Attorney Domínguez is granted until September 30, 2004, in which to designate experts.

Motion under **Docket No. 194**: Informative Motion Requesting Status Conference, filed on July 9, 2004, is **MOOT** in view of the Court's referral of the case on July 23, 2004, and the Status Conference held on August 26, 2004.

Copies of all insurance policies are to be provided to plaintiffs **within the next ten (10)days** (from the date of the conference).

The Clerk of Court is to review docket entries/sheets and note as follows:

a. Attorneys no longer in the case: Francisco Colón-Pagán; Ramonita Dieppa-González; María González; José González-Castañer; Carlos Martínez-Texidor; Francisco Rebollo-Casalduc; and Hilda Surillo-Peña.

b. Attorney Rafael Peña-Ramón is co-counsel for defendant Ashford Presbyterian Community Hospital along with Attorney Ricardo Rodríguez.

c. Attorney Alexis Mattei represents María Casado-García, third party defendant. Counsel shall proceed to file his notice of appearance.

**A Second Status Conference is set for September 24, 2004, at 11:00 AM.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 7th day of September, 2004.

                                                   **S/AIDA M. DELGADO-COLON**
                                                   **U.S. Magistrate-Judge**