IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARLOS GARCIA PEREZ, et al.<br><br>Plaintiffs<br><br>v.<br><br>ALVARO SANTAELLA, et al.<br><br>Defendants | CIVIL NO.  97-1703(JAG) |

**NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

COMES NOW, attorney Marta E. Vilá- Báez, on behalf of co-defendant Presbyterian Community Hospital, Inc. d/b/a Ashford Presbyterian Community Hospital and respectfully informs and requests as follows:

1. The instant case has been reassigned to the undersigned attorney, an associate of Sánchez-Betances & Sifre, P.S.C., in substitution of Luis Villares-Sarmiento in order to join the legal representation of co-defendant Ashford Presbyterian Community Hospital.

WHEREFORE, it is respectfully requested that this Honorable Court grants this motion allows attorney Marta E. Vilá-Báez to represent the above mentioned co-defendant along with attorney Angel R. De Corral-Julia, primary counsel for the Ashford Presbyterian Community Hospital.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 8th day of September 2004.

1

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Andrés Guillemard, Esq.**, Nachman, Guillemard & Rebollo, P. O. Box 9949, San Juan, PR 00908, **Pedro J. Córdova, Esq.**, P.O. Box 9023998, San Juan, PR 00902-3998, **Angel de Corral, Esq.**, De Corral & De Mier, 130 Eleanor Roosevelt, Hato Rey, Puerto Rico 00918-3105, **Ramonita Dieppa, Esq.**, P. O. Box 9023933, San Juan, PR 00902-3933, **José Héctor Vivas, Esq.**, P. O. Box 951, Ponce, PR 00733-0951, **Doris Quiñones Tridas, Esq.**, 113 Padre Las Casas, Suite 601, Urb. El Vedado, San Juan, PR 00918-3116, **Roberto Ruiz Comas, Esq.**, Andalucía 406 (Altos), Puerto Nuevo, PR 00920, **Igor J. Domínguez, Esq.**, El Monte Mall, Suite 22, Hato Rey, PR 00918, **Pedro Toledo González, Esq.**, Julio Bogoricin Bldg., Suite L-06, Lobby, 1606 Ponce de León Ave., Santurce, PR 00909, **Alexis D. Mattei Barrios**, Otero & López, LLP, PO Box 9023933, San Juan, PR 00902-3933.

        **SANCHEZ-BETANCES & SIFRE, P.S.C.**
        Attorneys for Co-Defendant APCH
        P. O. Box 195055
        San Juan, Puerto Rico 00919-5055
        Tel. (787) 756-7880, Fax (787) 753-6580


        s/ Marta E. Vilá Báez
        **MARTA E. VILA BAEZ**
        USDC-PR 218111

H:\ASHFORD\890.004\22APP.wpd