IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARLOS GARCIA PEREZ, et al.<br><br>Plaintiffs<br><br>v.<br><br>ALVARO SANTAELLA, et al.<br><br>Defendants | CIVIL NO. 97-1703(JAG) |

**AMENDED NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

COMES NOW, attorney Marta E. Vilá- Báez, on behalf of co-defendant Presbyterian Community Hospital, Inc. d/b/a Ashford Presbyterian Community Hospital and respectfully informs and requests as follows:

1. On September 8, 2004 the undersigned attorney filed a notice of appearance stating that the instant case had been reassigned to her in substitution of Luis Villares-Sarmiento in order to join the legal representation of co-defendant Ashford Presbyterian Community Hospital.

2. Inadvertently, my email address was left out from the motion. In order to include such address and ensure notice of all further incidents, it is hereby requested that the Court deems yesterday's notice of appearance amended by this motion.

WHEREFORE, it is respectfully requested that this Honorable Court grants this motion allows attorney Marta E. Vilá-Báez to represent the above mentioned co-defendant along with attorney Angel R. De Corral-Julia, primary counsel for the Ashford Presbyterian

1

Community Hospital.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 9th day of September 2004.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Andrés Guillemard, Esq.**, Nachman, Guillemard & Rebollo, P. O. Box 9949, San Juan, PR 00908, **Pedro J. Córdova, Esq.**, P.O. Box 9023998, San Juan, PR 00902-3998, **Angel de Corral, Esq.**, De Corral & De Mier, 130 Eleanor Roosevelt, Hato Rey, Puerto Rico 00918-3105,, **José Héctor Vivas, Esq.**, P. O. Box 951, Ponce, PR 00733-0951, **Doris Quiñones Tridas, Esq.**, 113 Padre Las Casas, Suite 601, Urb. El Vedado, San Juan, PR 00918-3116,**Roberto Ruiz Comas, Esq.**, Andalucía 406 (Altos), Puerto Nuevo, PR 00920, **Igor J. Domínguez, Esq.**, El Monte Mall, Suite 22, Hato Rey, PR 00918, **Pedro Toledo González, Esq.**, Julio Bogoricin Bldg., Suite L-06, Lobby, 1606 Ponce de León Ave., Santurce, PR 00909, **Alexis D. Mattei Barrios**, Otero & López, LLP, PO Box 9023933, San Juan, PR 00902-3933.

        **SANCHEZ-BETANCES & SIFRE, P.S.C.**
        Attorneys for Co-Defendant APCH
        P. O. Box 195055
        San Juan, Puerto Rico 00919-5055
        Tel. (787) 756-7880, Fax (787) 753-6580

        s/ Marta E. Vilá Báez
        **MARTA E. VILA BAEZ**
        USDC-PR 218111
        mvila@sbslaw.com

H:\ASHFORD\890.004\22AMENDEDAPP.wpd