029-97/mtc9-8-04.n

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARLOS A. GARCIA-PEREZ,** et al., <br><br> Plaintiffs, <br><br> v. <br><br> **ALVARO SANTAELLA, MD, et al.,** <br><br> Defendants. | Civil No. 97-1703 (JAG) |

**PLAINTIFFS' MOTION TO CLARIFY**

TO THE HONORABLE COURT:

COME NOW the plaintiffs, through the undersigned attorneys, and to this Honorable Court respectfully state and pray:

1. On September 7, 2004, Hon. Magistrate-Judge Delgado-Colón issued a Status Conference Report and Order, which stated, <u>inter alia</u>, that attorney Ricardo Rodríguez-Padilla was co-counsel for defendant Ashford Presbyterian Community Hospital ("APCH").

2. Plaintiffs would like to clarify that attorney Rodríguez is counsel for plaintiffs, and will be filing a Notice of Appearance to such effect.

3. Plaintiffs further clarify that it is attorney Angel De Corral-Juliá, who is co-counsel with attorney Rafael Peña-Ramón, for defendant APCH.

WHEREFORE, plaintiffs respectfully request that this Honorable Court take notice of the above clarification.

- 1 -

029-97/mtc9-8-04.n

Respectfully submitted.

At San Juan, Puerto Rico, this 9th day of September, 2004.

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Pedro J. Córdova, Esq., P.O. Box 9023998, San Juan, Puerto Rico 00902-3998; Angel R. de Corral-Juliá, Esq., De Corral & De Mier, 130 Eleonor Roosevelt, San Juan, Puerto Rico 00918-3105; Marta E. Vilá-Báez, Esq., Sánchez, Betances & Sifre, P.O. Box 195055, San Juan, Puerto Rico 00919-5055; Roberto Ruiz-Comas, Esq., González Pando Plaza, 1181 Jesús T. Piñeiro Avenue, San Juan, Puerto Rico 00920-5604; José Enrique Otero, Esq., P.O. Box 9023933, San Juan, Puerto Rico 00902-3933; José Héctor Vivas, Esq., Vivas & Vivas, P.O. Box 330951, Ponce, Puerto Rico 00733-0951; Igor J. Domínguez, Esq., 652 Muñoz Rivera Avenue, Suite 3125, Hato Rey, Puerto Rico 00918-4261; Doris Quiñones-Tridas, Esq., 113 Padre Las Casas, Suite 601, Urb. El Vedado, San Juan, Puerto Rico 00918-3116; Pedro Toledo-González, Esq., Julio Bogoricin Building, Office L-06, Lobby, 1606 Ponce de León Avenue, Santurce, Puerto Rico 00909.

s/ Joan S. Peters
**Joan S. Peters**
USDC-PR 207409
e-mail: nrodriguez@guillemardlaw.com

s/ Andrés Guillemard-Noble
**Andrés Guillemard-Noble**
USDC-PR 207308
e-mail: aguillemard@guillemardlaw.com

**NACHMAN & GUILLEMARD**
Attorneys for Plaintiffs
P.O. Box 9949
San Juan, Puerto Rico 00908
Tel. (787) 724-1212; Fax (787) 725-1339