029-97/mjlr9-8-04.n

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARLOS A. GARCIA-PEREZ,** et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>**ALVARO SANTAELLA, MD, et al.,**<br><br>    Defendants. | Civil No. 97-1703 (JAG) |

**MOTION JOINING LEGAL REPRESENTATION**

TO THE HONORABLE COURT:

COME NOW the plaintiffs, through the undersigned attorneys, and to this Honorable Court respectfully state and pray:

1. The undersigned attorney has joined the legal representation in the case of reference on plaintiffs' behalf.

2. It is respectfully requested from this Honorable Court that it takes notice of the above and that it accepts attorney Ricardo Rodríguez-Padilla, together with attorneys Joan S. Peters, Monique Guillemard-Noble and Andrés Guillemard-Noble as plaintiffs' legal representatives.

WHEREFORE, it is respectfully requested from this Honorable Court that it takes notice of the abovementioned.

Respectfully submitted.

029-97/mjlr9-8-04.n

At San Juan, Puerto Rico, this 9th day of September, 2004.

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Pedro J. Córdova, Esq., P.O. Box 9023998, San Juan, Puerto Rico 00902-3998; Angel R. de Corral-Juliá, Esq., De Corral & De Mier, 130 Eleonor Roosevelt, San Juan, Puerto Rico 00918-3105; Marta E. Vilá-Báez, Esq., Sánchez, Betances & Sifre, P.O. Box 195055, San Juan, Puerto Rico 00919-5055; Roberto Ruiz-Comas, Esq., González Pando Plaza, 1181 Jesús T. Piñeiro Avenue, San Juan, Puerto Rico 00920-5604; José Enrique Otero, Esq., P.O. Box 9023933, San Juan, Puerto Rico 00902-3933; José Héctor Vivas, Esq., Vivas & Vivas, P.O. Box 330951, Ponce, Puerto Rico 00733-0951; Igor J. Domínguez, Esq., 652 Muñoz Rivera Avenue, Suite 3125, Hato Rey, Puerto Rico 00918-4261; Doris Quiñones-Tridas, Esq., 113 Padre Las Casas, Suite 601, Urb. El Vedado, San Juan, Puerto Rico 00918-3116; Pedro Toledo-González, Esq., Julio Bogoricin Building, Office L-06, Lobby, 1606 Ponce de León Avenue, Santurce, Puerto Rico 00909.

s/ Ricardo Rodríguez-Padilla
**Ricardo Rodríguez-Padilla**
USDC-PR 109503
E-mail: Dickielaw@prtc.net

s/ Joan S. Peters
**Joan S. Peters**
USDC-PR 207409
e-mail: nrodriguez@guillemardlaw.com

s/ Andrés Guillemard-Noble
**Andrés Guillemard-Noble**
USDC-PR 207308
e-mail: aguillemard@guillemardlaw.com

**NACHMAN & GUILLEMARD**
Attorneys for Plaintiffs
P.O. Box 9949
San Juan, Puerto Rico 00908
Tel. (787) 724-1212; Fax (787) 725-1339