UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| CARLOS A. GARCIA PEREZ, ET AL | * | COURT OF APPEALS |
| | * | CASE NO. 03-1670 |
| PLAINTIFFS-APPELLANTS | * | |
| | * | |
| VS. | * | |
| | * | |
| ALVARO SANTAELLA, ETA L | * | DISTRIC COURT |
| | * | CIVIL NO. 97-1703 (JGG) |
| DEFENDANTS-THIRD PARTY | * | |
| PLAINTIFFS APPEALS | * | |
| | * | |
| VS. | * | |
| | * | |
| DR. MARIA T. CASADO GARCIA, ET AL | * | |
| | * | |
| THIRD PARTY DEFENDANTS-APPELLES | * | |
| | * | |

NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

Comes now Alexis D. Mattei Barrios, Esq., of behalf of the Guaranty Association of Miscellaneous Insurance of Puerto Rico, in the interest of Third Party defendant Dr. María I. Casado Garcia, and respectfully informs and requests as follows:

1. That the above entitled case has been reassigned to the undersigned, attorney in Otero & López, L.L.P., in substitution of attorney Ramonita Dieppa González in order to continue the legal representation of co-defendant Dr. María I. Casado Garcia.

WHEREFORE, it is respectfully requested that this Honorable Court grants this motion and allows the undersigned attorney, Alexis D. Mattei Barrios to represent the above mentioned codefendant in the present case.

-2-

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court of the Court using the CM/ECF system which will send notification of such filing to the following: Pedro J. Córdova Pelegrina, Esq.; Angel R. De Corral Julia, Esq.; Ramonita Dieppa González, Esq.; Igor Domínguez Pérez, Esq.; Andres Guillemard Noble, Esq.; Doris Quiñonez Tridas, Esq.; Roberto E. Ruiz Comas, Esq.; Jaime Sifre Rodríguez, Esq.; Pedro Toledo González, Esq.; Luis V. Villares Sarmiento, Esq.; José H. Vivas, Esq.

In San Juan, Puerto Rico, this 9 day of September, 2004.

s/    ALEXIS D. MATTEI BARRIOS
USDC No. 113610
For the P.R. Insurance Guaranty Association
in the interest of María Casado García, MD
OTERO & LÓPEZ, L.L.P.
PO Box 9023933
San Juan, Puerto Rico  00902-3933
Tel.:  724-4828 / Fax:  722-7662
otelo@prtc.net