**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| |
|---|
| **CARLOS A. GARCIA-PEREZ ET AL**<br>    **Plaintiffs**<br><br>    **v.**<br><br>**ALVARO SANTAELLA ET AL**<br>    **Defendants** |

Civil No. 97-1703(JAG)

## SECOND STATUS CONFERENCE REPORT AND ORDER

A second Status Conference was held on September 24, 2004. The parties continue engaged in discovery.

It was agreed and is now **ORDERED** as follows:

1. Plaintiffs are **GRANTED ten (10) days** to inform whether they will move to dismiss claims against Dr. Iván Terón.[1] Plaintiffs are **GRANTED thirty (30) days (to commence on September 27, 2004)** in which to file any motions regarding insurance coverage claims and announce any other experts it intends to retain.

2. Defendant Alberto De La Vega (represented by Attorney Igor Domínguez) is **GRANTED fifteen (15) days after** defendants announce any OB-GYN expert to announce his expert. This Order disposes of motion at **Docket No. 213**. Clerk of Court is take notice.

3. All defendants will meet and jointly identify their lifecare planner and neuropsychologists.

There are no pending motions. **The next Status Conference is set for December 7, 2004, at 4:00 PM.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 30th day of September, 2004.

S/**AIDA M. DELGADO-COLON**

---

[1] Attorney Peña, on behalf of Ashford Presbyterian Hospital, announced he will be moving to dismiss claims against Dr. Terón. In this regard, a written motion will be filed.

Civil No. 97-1703(JAG)            Page No. 2

**U.S. Magistrate-Judge**