029-97/met10-1-04.n

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARLOS A. GARCIA-PEREZ,** et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>**ALVARO SANTAELLA, MD, et al.,**<br><br>    Defendants. | Civil No. 97-1703 (JAG) |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME**

TO THE HONORABLE COURT:

COME NOW the plaintiffs, through the undersigned attorneys, and to this Honorable Court respectfully state and pray:

1.     At the Status Conference held on September 24, 2004, plaintiffs were granted ten (10) days to inform the Court as to whether they will move to dismiss their claims against Dr. Iván Terón.

2.     Plaintiffs have requested the opinion of their expert on this matter and are awaiting his response. The expert needs to review all of Dr. Terón's medical interventions to determine whether or not plaintiffs have a claim of negligence against him.

3.     Plaintiffs are in need of an additional twenty (20) days, that is, until October 25, 2004, to make an informed decision on this matter to this Court.

029-97/met10-1-04.n

WHEREFORE, plaintiffs respectfully request that this Honorable Court grant them an extension of time up to and including October 25, 2004, to inform this Court whether they will move to dismiss their claims against Dr. Terón.

Respectfully submitted.

In San Juan, Puerto Rico, this 1st day of October, 2004.

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Pedro J. Córdova, Esq., P.O. Box 9023998, San Juan, Puerto Rico 00902-3998; Angel R. de Corral-Juliá, Esq., De Corral & De Mier, 130 Eleonor Roosevelt, San Juan, Puerto Rico 00918-3105; Marta E. Vilá-Báez, Esq., Sánchez, Betances & Sifre, P.O. Box 195055, San Juan, Puerto Rico 00919-5055; Roberto Ruiz-Comas, Esq., González Pando Plaza, 1181 Jesús T. Piñeiro Avenue, San Juan, Puerto Rico 00920-5604; José Enrique Otero, Esq., P.O. Box 9023933, San Juan, Puerto Rico 00902-3933; José Héctor Vivas, Esq., Vivas & Vivas, P.O. Box 330951, Ponce, Puerto Rico 00733-0951; Igor J. Domínguez, Esq., 652 Muñoz Rivera Avenue, Suite 3125, Hato Rey, Puerto Rico 00918-4261; Doris Quiñones-Tridas, Esq., 113 Padre Las Casas, Suite 601, Urb. El Vedado, San Juan, Puerto Rico 00918-3116; Pedro Toledo-González, Esq., Julio Bogoricin Building, Office L-06, Lobby, 1606 Ponce de León Avenue, Santurce, Puerto Rico 00909.

s/ Joan S. Peters
**Joan S. Peters**
USDC-PR 207409
e-mail: nrodriguez@guillemardlaw.com

s/ Andrés Guillemard-Noble
**Andrés Guillemard-Noble**
USDC-PR 207308
e-mail: aguillemard@guillemardlaw.com

**NACHMAN & GUILLEMARD**
Attorneys for Plaintiffs
P.O. Box 9949
San Juan, Puerto Rico 00908
Tel. (787) 724-1212; Fax (787) 725-1339