IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARLOS A. GARCIA PEREZ, ET AL | * |
| Plaintiffs | * CIVIL 97-1703 (JAG) |
| vs. | * |
| ALVARO SANTAELLA, ET AL | * |
| Defendants | * |

////////////////////////////////////////////////////////////////////

**MOTION FOR PARTIAL VOLUNTARY DISMISSAL**

TO THE HONORABLE COURT:

Comes now, co-defendant, Ashford Presbyterian Community Hospital, through their attorneys of record and respectfully alleges and prays:

On October 25, 1999, the appearing party filed at Third Party Complaint against Dr. Iván Terón Méndez, among other physicians. As expressed during the last status conference, the appearing party wishes to dismiss the Third Party Complaint filed against Dr. Terón, voluntarily.

WHEREFORE, the appearing party respectfully requests from this Honorable Court to enter partial judgement dismissing the Third Party Complaint filed against Dr. Iván Terón Méndez, without the imposition of costs nor attorneys' fees.

I CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such filing to the following: Pedro J. Córdova Pelegrina, Igor Domínguez Pérez, Andrés Guillemard-Noble, Alexis D. Mattei-Barrios, Doris Quiñones Tridas, Ricardo Rodríguez-Padilla, Roberto Ruiz Comas, Joan Schlump Peters, Jaime Sifre Rodríguez, Pedro Toledo González, Marta E. Vila Baez and José H. Vivas.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 5th day of October, 2004.

S/ Raphael Peña Ramón
Raphael Peña Ramón-212201
Attorney for defendants
***DE CORRAL & DE MIER***
130 ELEANOR ROOSEVELT
SAN JUAN, PR  00918-3105
TEL: (787) 758-0644 / FAX: (787) 758-0687
rgpena@coqui.net