AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ PUERTO RICO _____

| | |
|---|---|
| CARLOS A. GARCIA PEREZ, et al.,<br>Plaintiffs,<br><br>v.<br><br>ALVARO SANTAELLA, M.D., et al.,<br>Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>CASE    **CIVIL No. 97-1703 (DRD)**<br><br>Plaintiffs Demand Trial By Jury |

TO:

**SIMED Insurance Company**
**San Juan, Puerto Rico**


**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrés Guillemard-Noble, Esq.
Joan S. Peters, Esq.
P.O. Box 9949
San Juan, Puerto Rico 00908
Tel. (787) 724-1212
Fax (787) 725-1339

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

FRANCES RIOS DE MORAN
CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5 oct/04 |
| NAME OF SERVER (PRINT) José A. Hernández | TITLE Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where  P/c Liza M. Ramos Díaz
Sup. Rock medibu

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 10 | 30 | 40 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  5 oct./04
         Date                    Signature of Server

José A. Hernández Gaiate
Azalea D-9 Torreme
Guaynabo P.R. 0(?)
Tel. Cel. 787-409-

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.