SI-392(RC)
99-4361-M/M

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| CARLOS A. GARCIA PEREZ, et al | * | |
| | * | |
| Plaintiffs | * | |
| | * | CIVIL NO:97-1703(JAG) |
| vs. | * | |
| | * | JURY TRIAL DEMANDED |
| ALVARO SANTAELLA, M.D., et als | * | |
| | * | |
| | * | |
| Defendants | * | |
| | * | |
| ASHFORD PRESBYTERIAN | * | |
| COMMUNITY HOSPITAL | * | |
| | * | |
| Third party Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| DRA MARIA T. CASADO, et als | * | |
| | * | |
| Third Party Defendants. | * | |

## MOTION FOR A BRIEF EXTENSION OF TIME

TO THE HONORABLE COURT:

COMES NOW third party defendant Dra Mildred Quiñones, through the undersigned attorney to respectfully inform the following:

1. On September 24, 2004 a second status conference was held before U.S Magistrate Aida Delgado were several pending matters were discussed including the matter of expert witness. As it was explained originally, in the first conference held before the Magistrate, the appearing codefendant had already announce and submitted an report by an expert in the field of pediatrics. Regretfully, during the time this case was paralyzed due to the issue of the

dismissal on the jurisdictional issue and the ensuing appeal, doctor Quiñones expert died of leukemia.

2.Since then, the appearing codefendant, has embark on the search for an expert that could substitute for her original expert. Finally, about three weeks ago we were able to discuss the possibility that doctor Milagros Martin de Pumarejo serves as doctor Quiñones expert in this case. However, the official retainment had to be postponed insofar doctor Martin was to be out of the jurisdiction until the end of October in a personal trip with her family and could not meet to discuss the particular allegations against doctor Quiñones.

3.Since the Court has granted us thirty additional days to provide doctor Quiñones Rule 26 [e] disclosures, we request an final term of twenty days, that is until November, 14, 2004 to submit the information required as to the designation of our expert. This behest will not delay whatsoever the discovery schedule outline already in this case.

WHEREFORE, it is respectfully requested from this Honorable Court to take notice of the abovementioned information and grant the present motion.

I CERTIFY:  That on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Andres Guillemard, Angel del Corral, Igor Domínguez, Doris Quiñones Tridas, Pedro J. Cordova, Pedro Toledo González; Alexis Mattei Barrios; Jose H. Vivas.

In San Juan, P.R., this 22th day of October, 2004.

BUFETE GONZALEZ VILLAMIL
ANDALUCIA 406 (ALTOS)
PTO. NUEVO, SAN JUAN, P.R. 00920
TELS. 792-5200; 273-8223
FAX 273-8250

ROBERTO RUIZ COMAS
USDC-PR 204313

Case 3:97-cv-01703-JAG    Document 231    Filed 10/25/2004    Page 3 of 3