029-97/mfe10-27-04.n

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARLOS A. GARCIA-PEREZ,** et al.,<br><br>  Plaintiffs,<br><br>      v.<br><br>**ALVARO SANTAELLA, MD, et al.,**<br><br>  Defendants. | Civil No. 97-1703 (JAG) |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME**

TO THE HONORABLE COURT:

COME NOW the plaintiffs, through the undersigned attorneys, and to this Honorable Court respectfully state and pray:

1. On September 24, 2004, a Status Conference was held before U.S. Magistrate Aida Delgado. The Magistrate Judge set a deadline of today, October 27, 2004, for plaintiffs to identify any additional expert witnesses.

2. On October 1, 2004, plaintiffs filed an Informative Motion announcing and identifying an expert in the field of neuropsychology.

3. Plaintiffs have also been seeking an expert in the field of obstetrics, but to this date have not finalized their search. Plaintiffs are in need of an additional twenty (20) days to announce and identify an expert in the field of obstetrics.

- 1 -

029-97/mfe10-27-04.n

4.      Plaintiffs do not believe this request will delay the discovery schedule set in this case.

WHEREFORE, plaintiffs respectfully request that this Honorable Court grant plaintiffs a twenty (20) day extension of time to identify their expert witness in obstetrics.

Respectfully submitted.

In San Juan, Puerto Rico, this 27th day of October, 2004.

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Pedro J. Córdova, Esq., P.O. Box 9023998, San Juan, Puerto Rico 00902-3998; Angel R. de Corral-Juliá, Esq., De Corral & De Mier, 130 Eleonor Roosevelt, San Juan, Puerto Rico 00918-3105; Marta E. Vilá-Báez, Esq., Sánchez, Betances & Sifre, P.O. Box 195055, San Juan, Puerto Rico 00919-5055; Roberto Ruiz-Comas, Esq., González Pando Plaza, 1181 Jesús T. Piñeiro Avenue, San Juan, Puerto Rico 00920-5604; José Enrique Otero, Esq., P.O. Box 9023933, San Juan, Puerto Rico 00902-3933; José Héctor Vivas, Esq., Vivas & Vivas, P.O. Box 330951, Ponce, Puerto Rico 00733-0951; Igor J. Domínguez, Esq., 652 Muñoz Rivera Avenue, Suite 3125, Hato Rey, Puerto Rico 00918-4261; Doris Quiñones-Tridas, Esq., 113 Padre Las Casas, Suite 601, Urb. El Vedado, San Juan, Puerto Rico 00918-3116; Pedro Toledo-González, Esq., Julio Bogoricin Building, Office L-06, Lobby, 1606 Ponce de León Avenue, Santurce, Puerto Rico 00909; and Gilda del C. Cruz Martino, Esq., P.O. Box 9023875, San Juan, Puerto Rico 00902-3875.

s/ Joan S. Peters
**Joan S. Peters**
USDC-PR 207409
e-mail: nrodriguez@guillemardlaw.com

s/ Andrés Guillemard-Noble
**Andrés Guillemard-Noble**
USDC-PR 207308
e-mail: aguillemard@guillemardlaw.com

**NACHMAN & GUILLEMARD**
Attorneys for Plaintiffs
P.O. Box 9949
San Juan, Puerto Rico 00908
Tel. (787) 724-1212; Fax (787) 725-1339

029-97/mfe10-27-04.n