IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARLOS A. GARCIA PEREZ, ET AL**<br><br>**Plaintiffs**<br><br>**vs.**<br><br>**ALVARO SANTAELLA, M.D., ET AL**<br><br>**Defendants** | **CIVIL NO. 97-1703 (JAG)**<br><br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE**

**TO THE HONORABLE COURT:**

Comes now American International Insurance Company of Puerto Rico, Inc., hereinafter AIICO, through the undersigned attorneys, and without submitting to the jurisdiction of this Honorable Court, respectfully states and prays as follows:

1. The representation of AIICO will be actively managed by the undersigned attorneys.

2. In light of the aforementioned, it is respectfully requested that an appearance by Jeannette López de Victoria and Isabel Guillen Bermudez be entered on behalf of AIICO and that all future notifications be made to the undersigned attorneys.

**WHEREFORE**, it is respectfully requested that the Honorable Court take notice of this Motion and grant the same.

In San Juan, Puerto Rico, this 5${}^{th}$ day of November, 2004.

**I hereby certify** that on November 5, 2004, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Andres Guillemard Noble, Esq., Joan S. Peters, Esq., Pedro J. Cordova, Esq., Angel R. De Corral Juliá, Esq., Marta E. Vilá Báez, Esq., Roberto Ruiz Comas, Esq., José Enrique Otero, Esq., José Hector Vivas, Esq., Igor J. Dominguez, Esq., Doris Quiñones Tridas, Esq., and Pedro Toledo González, Esq.

**S/ JEANNETTE LOPEZ DE VICTORIA**
JEANNETTE LÓPEZ DE VICTORIA
BAR NUMBER **205101**

**S/ ISABEL GUILLEN BERMUDEZ**
**BAR NUMBER 214206**

PINTO-LUGO, OLIVERAS & ORTIZ, PSC
P.O. Box 9024098
San Juan, P.R. 00902-4098
Tel.   787-724-8103
Fax.   787-724-8152
e-mail:  pintolugo@pintolaw.com
          hoeman1959@aol.com
e-mail:  guillenbermudezi@pintolaw.com