IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARLOS A. GARCIA-PEREZ ET AL<br>Plaintiffs<br><br>v.<br><br>ALVARO SANTAELLA, MD., ET AL<br>Defendants | Civil No. 97-1703(JAG) |

### ORDER

To: Dr. Rosario Méndez, Physiatrist
San Jorge Children's Hospital
San Jorge Medical Office Building
252 San Jorge Street, Suite 205
Santurce, Puerto Rico 00912

You are **ORDERED** to disclose and provide to plaintiff's counsel, Attorney Joan S. Peters, with copies of medical records, including diagnosis, treatment, and any other significant information in your possession, custody or control regarding **minor plaintiff Carla Isabel García-Baerga (SSN 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; DOB May 6, 1997)**.

"Records" for the purpose of this Order shall include, but are not limited to, medical charts, counseling notes, physician's office records, correspondence to or from any person, entity or organization, all hospital or clinic records regularly maintained concerning patients, all laboratory reports, all x-rays, and all medical reports furnished routinely or specifically to any person, organization or entity, including the patient, any representative of the patient or of any insurance company.

Attorney Joan S. Peters' address and telephone number are: P.O. Box 9949, San Juan, Puerto Rico 00908 - (787)724-1212.

**SO ORDERED**.

At San Juan, Puerto Rico, this 4th day of November, 2004.

S/AIDA M. DELGADO-COLON
U.S. Magistrate-Judge