IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARLOS A. GARCIA PEREZ, et al,**  PLAINTIFFS  vs.  **ALVARO SANTAELLA, M.D., et al,**  DEFENDANTS | **CIVIL NO. 97-1703 (JAG)**  **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

Comes now codefendant, American International Insurance Company of Puerto Rico, Inc. hereinafter AIICO, through the undersigned attorney and respectfully states and prays as follows:

1. The undersigned attorney, in conjunction with attorney Jeannette López de Victoria, will be representing the appearing parties.

2. In light of the aforementioned, it is respectfully requested that an appearance by Isabel Guillen Bermudez be entered on behalf of AIICO, and that all future notifications also be made to the undersigned attorney.

**WHEREFORE**, it is respectfully requested that the Honorable Court take notice of this Motion and enter an appearance by the undersigned on behalf of AIICO. It is also respectfully requested that all future notifications in this case be made to the undersigned.

**I Hereby Certify** that on November 9, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the following: Andrés Guillemard Noble, Esq.; Joan S. Peters, Esq.; Pedro J. Córdova, Esq.; Angel R. De Corral Juliá, Esq. ; Marta E. Vilá Báez, Esq.; Roberto Ruiz Comas, Esq.; José Enrique Otero, Esq.; José Héctor Vivas, Esq.; Igor J. Domínguez, Esq.; Doris Quiñones Tridas, Esq.; and Pedro Toledo González, Esq.; Gilda del C. Cruz Martinó, Esq.

At San Juan, Puerto Rico, November 9th, 2004.

**S/Isabel Guillen Bermudez**
**ISABEL GUILLEN BERMUDEZ**
**USDC 214206**
**PINTO LUGO, OLIVERAS & ORTIZ, PSC**
**P.O. Box 9024098**
**San Juan, PR 00902-4098**
**Telephone 787-724-8103**
**Facsimile  787-724-8152**

1570-3151