029-97/

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARLOS A. GARCIA-PEREZ, et al.,**<br><br>    Plaintiffs,<br><br>        v.<br><br>**ALVARO SANTAELLA, MD, et al.,**<br><br>    Defendants. | Civil No. 97-1703 (JAG) |

**PLAINTIFFS' MOTION FOR ADDITIONAL EXTENSION OF TIME**

TO THE HONORABLE COURT:

COME NOW the plaintiffs, through the undersigned attorneys, and to this Honorable

Court respectfully state and pray:

1.      On October 27, 2004, plaintiffs requested until today to identify any additional

expert witnesses in the field of obstetrics.

2.      Plaintiffs' search for an expert in the field of obstetrics was hindered due to the

fact that co-counsel attorney Rodríguez Padilla recently had to go to Baltimore for several

cardiovascular exams to be performed.

3.      Due to the above, plaintiffs have not finalized their search for their expert witness.

Thus, plaintiffs are in need of an additional thirty(30) days to announce and identify an expert in

029-97/

the field of obstetrics.

4.      Plaintiffs do not believe this request will delay the discovery schedule set in this

case.

WHEREFORE, plaintiffs respectfully request that this Honorable Court grant plaintiffs a

thirty (30) day extension of time, up to and including December 16, 2004, to identify their expert

witness in obstetrics.

Respectfully submitted.

In San Juan, Puerto Rico, this 16th day of November, 2004.

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Pedro J. Córdova, Esq., P.O. Box 9023998, San Juan, Puerto Rico 00902-3998; Angel R. de Corral-Juliá, Esq., De Corral & De Mier, 130 Eleonor Roosevelt, San Juan, Puerto Rico 00918-3105; Marta E. Vilá-Báez, Esq., Sánchez, Betances & Sifre, P.O. Box 195055, San Juan, Puerto Rico 00919-5055; Roberto Ruiz-Comas, Esq., González Pando Plaza, 1181 Jesús T. Piñeiro Avenue, San Juan, Puerto Rico  00920-5604; José Enrique Otero, Esq., P.O. Box 9023933, San Juan, Puerto Rico 00902-3933; José Héctor Vivas, Esq., Vivas & Vivas, P.O. Box 330951, Ponce, Puerto Rico 00733-0951; Igor J. Domínguez, Esq., 652 Muñoz Rivera Avenue, Suite 3125, Hato Rey, Puerto Rico 00918-4261; Doris Quiñones-Tridas, Esq., 113 Padre Las Casas, Suite 601, Urb. El Vedado, San Juan, Puerto Rico 00918-3116; Pedro Toledo-González, Esq., Julio Bogoricin Building, Office L-06, Lobby, 1606 Ponce de León Avenue, Santurce, Puerto Rico 00909; and Gilda del C. Cruz Martino, Esq., P.O. Box 9023875, San Juan, Puerto Rico 00902-3875.

s/ Joan S. Peters
**Joan S. Peters**
USDC-PR 207409
e-mail: nrodriguez@guillemardlaw.com

s/ Andrés Guillemard-Noble
**Andrés Guillemard-Noble**
USDC-PR 207308
e-mail: aguillemard@guillemardlaw.com

029-97/

**NACHMAN & GUILLEMARD**
Attorneys for Plaintiffs
P.O. Box 9949
San Juan, Puerto Rico 00908
Tel. (787) 724-1212; Fax (787) 725-1339