AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ PUERTO RICO _____

| | |
|---|---|
| CARLOS A. GARCIA PEREZ, et al., Plaintiffs, | **SUMMONS IN A CIVIL CASE** |
| v. | CASE   CIVIL No. 97-1703 (DRD) JAG |
| ALVARO SANTAELLA, M.D., et al., Defendants. | Plaintiffs Demand Trial By Jury |

TO:

American International Insurance Company
San Juan, Puerto Rico

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrés Guillemard-Noble, Esq.
Joan S. Peters, Esq.
P.O. Box 9949
San Juan, Puerto Rico 00908
Tel. (787) 724-1212
Fax (787) 725-1339

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

OCT 18 2004

FRANCES RIOS DE MORAN
CLERK                                               DATE
          JOSE A. LEBRON-ALBINO
          DEPUTY CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | OCT 20 2004 |
| NAME OF SERVER (PRINT) JOSE A. HERNANDEZ GAJATE | TITLE Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where Pfc Juan Sotos Sup. Legal  Muñoz Rivera eg Chardon Hato Rey

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 10.00 | 30.00 | 40.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  OCT 20 2004
               Date

Signature of Server

Address of Server

José A. Hernández Gajate
Azalea D-9 Torremolinos
Guaynabo P.R. 00969
Tel. Cel. 787-409-7813

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.