AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ PUERTO RICO _____

| | |
|---|---|
| CARLOS A. GARCIA PEREZ, et al., Plaintiffs, | **SUMMONS IN A CIVIL CASE** |
| v. | CASE    CIVIL No. 97-1703 (DRD) JAG |
| ALVARO SANTAELLA, M.D., et al., Defendants. | Plaintiffs Demand Trial By Jury |

TO:

      **Guaranty Association of Miscellaneous Insurance of P.R.**
      **San Juan, Puerto Rico**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

      Andrés Guillemard-Noble, Esq.
      Joan S. Peters, Esq.
      P.O. Box 9949
      San Juan, Puerto Rico 00908
      Tel. (787) 724-1212
      Fax (787) 725-1339

an answer to the complaint which is herewith served upon you,    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

OCT 18 2004

FRANCES RIOS DE MORAN
CLERK                                    DATE
JOSE A. LEBRON-ALBINO
DEPUTY CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: OCT 20 2004 |
| NAME OF SERVER (PRINT): JOSE A. HERNANDEZ GAJATE | TITLE: Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where: Ave San Patricio #789 San Juan  P/c Jose Camacho Dir. Ejec.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL | 10.00 | SERVICES | 30.00 | TOTAL 40.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  OCT 20 2004
           Date

Signature of Server

Address of Server

José A. Hernández Gajate
Azalea D-9 Torremolinos
Guaynabo P.R. 00969
Tel. Cel. 787-409-7813

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.