IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MARIA DEL CARMEN BOBE**
    Plaintiffs

v.                                                                    Civil No. 04-1338(SEC)

**SPRING INTERNATIONAL CARIBE ET AL**
    Defendants

### INITIAL SCHEDULING CONFERENCE REPORT AND ORDER

A Status/Settlement Conference was held on December 6, 2004. Plaintiff appeared represented by Attorney Kristine Burgos-Santiago. Defendants were represented by Attorney Rubén Colón-Morales.

The parties are still engaged in discovery. While reviewing the Case Management Order issued by the Court on July 29, 2004 **(Docket No. 8)**, it was noticed that the same needs to be slightly modified. Inasmuch as the parties have consented to the trial jurisdiction of this Magistrate-Judge, the Case Management Order is modified as follows:

    **December 15, 2004** - deadline for defendant to identify their expert and provide Rule 26 information

    **December 22, 2004** - due date to conclude depositions, except those of experts

    **January 30, 2005** - disclosure of plaintiff's expert reports

    **February 15, 2005** - disclosure of defendants' expert reports

    **March 30, 2005** - deadline for filing of dispositive motions

    **April 20, 2005** - deadline for filing of responses to dispositive motions

**By February 28, 2005**, as previously required by the Court, the parties will file a Joint Pretrial Memorandum.

Civil No. 04-1336(SEC)                                                    Page No. 2

**A Status Conference is set for February 22, 2005, at 2:00 PM**.  The parties shall be ready to discuss settlement possibilities and a pretrial and trial date is to be scheduled.

**SO ORDERED.**

At San Juan, Puerto Rico, this 8th day of December, 2004.

                                                  **S/AIDA M. DELGADO-COLON**
                                                  **U.S. Magistrate-Judge**