**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **CARLOS A. GARCIA-PEREZ ET AL**<br>    **Plaintiffs**<br><br>        **v.**<br><br>**ALVARO SANTAELLA ET AL**<br>        **Defendants** | **Civil No. 97-1703(JAG)** |

## THIRD STATUS CONFERENCE REPORT AND ORDER

A third Status Conference was held on December 6, 2004. Plaintiffs appeared represented by Attorney Ricardo L. Rodríguez. Defendant were represented by Attorneys Pedro J. Córdova, Alexis Mattei, José Héctor Vivas, Jeanette López de Victoria, Isabel Guillén-Bermúdez, Igor J. Domínguez, Angel R. de Corral, Doris Quiñones-Triads, Jaime Sire, Pedro Toledo and Roberto Ruiz-Comas.

The status of discovery was discussed. The deposition schedule was confirmed and will require the parties to be available for deposition taking on January 17-21, 2005, and January 31, 2005. During the months of February and March 2005, depositions will be taken on February 4-5, 2005, and March 7-11, 2005.

On December 22, 2004, at 4:00 PM, the following attorneys will meet to discuss settlement alternatives: Attorneys Rodríguez, Córdova, López de Victoria and Mattei. Thereafter, **all parties shall attend a Settlement Conference now set for January 10, 2005, at 4:00 PM.**

In regards to pending discovery, it was agreed as follows:

1. **By December 15, 2004**, plaintiffs will proceed to comply with Rule 26 and provide disclosure of the experts recently retained (neuropsychologist and neonatologist). Their reports are to be disclosed **not later than February 4, 2005**.

2. **By January 7, 2004**, plaintiffs will identify their OB-GYN expert.

Civil No. 97-1703(JAG)                                                                                                           Page No. 2

    3.      Attorneys Rodriguez and Ruiz-Comas will follow up on the status of transcripts of depositions taken on November 17-19, 2004.

    4.      Attorney Vivas is **GRANTED until January 20, 2005**, to move for summary judgment.

The expert report of Dr. Milagros Martín de Pumarejo will be disclosed **by January 15, 2005.**

The Clerk of Court will add Attorney Gilda Cruz on behalf of SIMED, to the mailing list.

  **SO ORDERED.**

At San Juan, Puerto Rico, this 8th day of December, 2004.

                                                  S/**AIDA M. DELGADO-COLON**
                                                  **U.S. Magistrate-Judge**