029-97/im12-15-04.n

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARLOS A. GARCIA-PEREZ,** et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>**ALVARO SANTAELLA, MD, et al.,**<br><br>    Defendants. | Civil No. 97-1703 (JAG) |

**PLAINTIFFS' INFORMATIVE MOTION**

TO THE HONORABLE COURT:

COME NOW the plaintiffs, through the undersigned attorneys, and to this Honorable Court respectfully state and pray:

1. This Court's Third Status Conference Report and Order provides that by December 15, 2004, plaintiffs will provide disclosure of their experts (not including the ob-gyn).

2. On October 1, 2004, plaintiffs filed an Informative Motion that their expert neuropsychologist is Dr. Jacqueline C. Valdez, of Hollywood, Florida.

3. Plaintiffs have also retained an expert in the area of professional rehabilitation and life care plans: Ro Baltayan, M.Ed., CRC, CVE, CCM, of Sharon Griffin & Associates, Inc., Jupiter, Florida.

4. Plaintiffs' expert neonatologist is Dr. Kenneth L. Harkavy, who was announced at the inception of the case and has already been deposed.

029-97/im12-15-04.n

WHEREFORE, plaintiffs respectfully request that this Honorable Court take note of the above.

Respectfully submitted.

In San Juan, Puerto Rico, this 15th day of December, 2004.

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Pedro J. Córdova, Esq., P.O. Box 9023998, San Juan, Puerto Rico 00902-3998; Angel R. de Corral-Juliá, Esq., De Corral & De Mier, 130 Eleonor Roosevelt, San Juan, Puerto Rico 00918-3105; Marta E. Vilá-Báez, Esq., Sánchez, Betances & Sifre, P.O. Box 195055, San Juan, Puerto Rico 00919-5055; Roberto Ruiz-Comas, Esq., González Pando Plaza, 1181 Jesús T. Piñeiro Avenue, San Juan, Puerto Rico 00920-5604; José Enrique Otero, Esq., P.O. Box 9023933, San Juan, Puerto Rico 00902-3933; José Héctor Vivas, Esq., Vivas & Vivas, P.O. Box 330951, Ponce, Puerto Rico 00733-0951; Igor J. Domínguez, Esq., 652 Muñoz Rivera Avenue, Suite 3125, Hato Rey, Puerto Rico 00918-4261; Doris Quiñones-Tridas, Esq., 113 Padre Las Casas, Suite 601, Urb. El Vedado, San Juan, Puerto Rico 00918-3116; Pedro Toledo-González, Esq., Julio Bogoricin Building, Office L-06, Lobby, 1606 Ponce de León Avenue, Santurce, Puerto Rico 00909; Gilda del C. Cruz Martino, Esq., P.O. Box 9023875, San Juan, Puerto Rico 00902-3875; Jeannette López de Victoria, Esq., Isabel Guillén Bermúdez, Esq., Pinto Lugo, Oliveras & Ortiz, P.O. Box 9024098, San Juan, Puerto Rico 00902-4098.

s/ Joan S. Peters
**Joan S. Peters**
USDC-PR 207409
e-mail: nrodriguez@guillemardlaw.com

s/ Andrés Guillemard-Noble
**Andrés Guillemard-Noble**
USDC-PR 207308
e-mail: aguillemard@guillemardlaw.com

**NACHMAN & GUILLEMARD**
Attorneys for Plaintiffs
P.O. Box 9949
San Juan, Puerto Rico 00908
Tel. (787) 724-1212; Fax (787) 725-1339