IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARLOS A. GARCIA-PEREZ, ET AL.**<br>**Plaintiff**<br><br>v.<br><br>**ALVARADO SANTAELLA, ET AL.**<br>**Defendant** | **Civil No. 97-1703(JAG)** |

### SETTLEMENT CONFERENCE REPORT AND ORDER

The parties met on December 22, 2004 and discussed settlement alternatives. At the present time it appears settlement is feasible and the parties are actively working in narrowing controversies.

Attorney José Héctor Vivas will file his motion for Summary Judgment Jurisdiction as scheduled. In order to enable settlement and avoid increased expenses (from costly depositions scheduled for January and February 2005), all proceedings are stayed for thirty (30) days. **On or before February 21, 2005** the parties are to report, in writing, the result of settlement negotiations. If settlement does not materialize, the deposition scheduled that begins on **March 7, 2005** remains in place and the parties are to submit a detailed deposition schedule.

**A Final Settlement Conference is set for March 7, 2005 at 4:00 p.m.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 11th day of January, 2005.

S/**AIDA M. DELGADO-COLON**
**U.S. Magistrate-Judge**