IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARLOS A. GARCIA-PEREZ, et al,** <br><br> **PLAINTIFFS,** <br><br> vs. <br><br> **ALVARO SANTAELLA, MD, et al,** <br><br> **DEFENDANTS** | **CIVIL NO. 97-1703 (JAG)** <br><br><br><br><br> **TRIAL BY JURY** |

### INFORMATIVE MOTION REGARDING STATUS OF SETTLEMENT NEGOTIATIONS

**TO THE HONORABLE COURT:**

Comes now Defendant, Ameican International Insurance Company of Puerto Rico, Inc., hereinafter AIICO, through the undersigned attorneys, and respectfully states and prays as follows:

1. During the status conference held with Magistrate Delgado on January 12, 2005, the Parties were instructed to actively pursue settlement of the action and it was requested that they report to the Court as to the status of said negotiations.

2. In compliance with the aforestated order, the appearing party hereby informs this Honorable Court that meetings and conferences among the parties have been held in furtherance of settlement. To this end, the Defendants were in the process of obtaining authorization from their respective clients and it is anticipated that a global settlement offer should be formally made before the final settlement conference

scheduled to take place on March 7, 2005.

**WHEREFORE**, it is respectfully requested that the Honorable Court take notice of this Informative Motion.

**I hereby certify** that on February 21st, 2005, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Andres Guillemard Noble, Esq., Joan S. Peters, Esq., Pedro J. Cordova, Esq., Angel R. De Corral Juliá, Esq., Marta E. Vilá Báez, Esq., Roberto Ruiz Comas, Esq., José Enrique Otero, Esq., José Hector Vivas, Esq., Igor J. Dominguez, Esq., Doris Quiñones Tridas, Esq., and Pedro Toledo González, Esq.

Respectfully Submitted, in San Juan, Puerto Rico on this 21st of February, 2005.

S/ **JEANNETTE LOPEZ DE VICTORIA**
JEANNETTE LÓPEZ DE VICTORIA
BAR NUMBER **205101**

**PINTO-LUGO, OLIVERAS & ORTIZ, PSC**
P.O. Box 9024098
San Juan, P.R. 00902-4098
Tel.   787-724-8103
Fax.   787-724-8152