**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **CARLOS A. GARCIA-PEREZ ET AL**<br>    **Plaintiffs**<br><br>    **v.**<br><br>**ALVARO SANTAELLA ET AL**<br>    **Defendants** | **Civil No. 97-1703(JAG)** |

## SETTLEMENT CONFERENCE REPORT AND ORDER

A Settlement Conference was held on March 7, 2005. The parties are still actively engaged in settlement conversations. The parties request to stay discovery procedures until March 22, 2005. If settlement materializes, the Court should be promptly informed.

Otherwise, the parties will meet on March 17, 2005, at 5:00 PM, to discuss and agree on a discovery and pretrial schedule to be submitted at the **Settlement/Status Conference now set for March 22, 2005, at 4:00 PM.**

    **SO ORDERED.**

At San Juan, Puerto Rico, this 8th day of March, 2005.

                                                                **S/AIDA M. DELGADO-COLON**
                                                                **U.S. Magistrate-Judge**