**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **CARLOS A. GARCIA-PEREZ ET AL**<br>    **Plaintiffs**<br><br>           **v.**<br><br>**ALVARO SANTAELLA ET AL**<br>    **Defendants** | **Civil No. 97-1703(JAG)** |

## SETTLEMENT CONFERENCE REPORT AND ORDER

Further settlement sessions were held on March 22, 2005 and April 5, 2005 (with all attorneys participating at the same). Factual and legal scenario were discussed at separate sessions with plaintiffs and defendants. Settlement demands and offers were exchanged.

It was agreed that defendants' experts will be announced and compliance with initial disclosure under Rule 26 will be accomplished **by April 29, 2005**. These reports are due **on June 30, 2005**.

Plaintiffs will be restructuring their pending motion (in limine) **by April 5, 2005**. Attorneys Roberto Ruiz-Comas and Jeannette López de Victoria will be responding to the pending dispositive motion **by April 29, 2005**.

The following deposition schedule was agreed to at the March 22, 2005 conference:

> Dr. Adel Vargas - June 13, 2005
> Dr. De la Vega - November 7, 2004
> Dr. Eduardo Ochoa - November 8, 2005
> Dr. Edwin Soto - November 9, 2005
> Dr. Roberto Sosa - November 10, 2005
> Dr. Martín de Pumayo - November 11, 2005
> Dr. José Adams - November 21, 2005
> Dr. Fred Gardner - November 22, 2005
> Plaintiffs' Special Care/Damages Experts - November 28-29, 2005
> Defendants' Special Care/Damages Experts - November 30-December 1, 2005

The Joint Pretrial Memorandum is to be filed **by December 9, 2005.** The parties agreed to meet on December 6, 2005, at 2:00 PM, at the law office of Attorney Andres Guillermard.

Civil No. 97-1703(JAG) Page No. 2

The parties will be ready for trial **by January 10, 2006.**

At the April 5, 2005 settlement session, Attorney Carlos García-Pérez, the plaintiff herein, while represented by Attorney Ricardo Rodríguez, actively participated at the settlement conversations. There was movement from the parties' original postures. Settlement demands were more concisely identified and discussed with attorneys for defendants. The parties will continue informal settlement conversations and will report promptly if settlement materializes.

**A Final Settlement Conference is set for May 2, 2005, at 5:00 PM.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 22nd day of April, 2005.

**S/AIDA M. DELGADO-COLON**
**U.S. Magistrate-Judge**