IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARLOS A GARCIA -PEREZ, ET AL.**<br><br>Plaintiffs<br><br>v.<br><br>**ALVARO SANTAELLA, ET AL.**<br><br>Defendants | CIVIL NO. 97-1703(JAG) |

**MOTION JOINING LEGAL REPRESENTATION**

**TO THE HONORABLE COURT:**

Comes now the undersigned attorneys and respectfully announce that they have been requested to join the legal representation of the Insurers Syndicate for the Joint Underwriting of Medic-Hospital Liability Insurance ("SIMED").

WHEREFORE, it is respectfully requested from this Honorable Court to recognize the undersigned as additional counsel for codefendant SIMED, and to order that all future orders and submissions of the parties be notified to the undersigned.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, on April 29, 2005.

I HEREBY CERTIFY: That copy of this motion will be served through the ECF/CM system on the following attorneys participants in the system: Pedro J. Cordova-Pelegrina; Gilda Del C. Cruz-Martino; Angel R. De-Corral-Julia; Igor Dominguez-Perez; Andres Guillemard-Noble; Isabel M. Guillen-Bermudez; Jeannette M. Lopez; Alexis D. Mattei-Barrios; Raphael Pena-Ramon; Doris Quinones-Tridas; Ricardo L. Rodriguez-Padilla; Roberto E. Ruiz-Comas; Joan Schlump-Peters;

Jaime Sifre-Rodriguez; Pedro Toledo-Gonzalez; Marta E. Vila-Baez; Luis V. Villares-Sarmiento; Jose H. Vivas

                                                **/s/**_____
                                                **JOSE L. GONZALEZ CASTAÑER**
                                                **USDC-PR No. 201905**
                                                jlgc@microjuris.com

                                                **GONZALEZ CASTAÑER, MORALES**
                                                **& GUZMAN, C.S.P.**
                                                WesternBank World Plaza
                                                Suite 1500
                                                268 Muñoz Rivera Ave.
                                                Hato Rey, Puerto Rico  00918
                                                TEL. 758-7819 / FAX 758-4152