# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARLOS A. GARCIA-PEREZ ET AL**<br>**Plaintiffs**<br><br>v.<br><br>**ALVARO SANTAELLA ET AL**<br>**Defendants** | **Civil No. 97-1703(JAG)** |

## FINAL SETTLEMENT CONFERENCE REPORT AND ORDER

Settlement conversations continued throughout since May 2, 2005. On May 16, 2005, the parties met once again for further settlement and it materialized.

Terms and conditions of the agreement were discussed. The parties will meet on May 17, 2005, to draft the written version of the agreement. The terms and conditions were approved by plaintiff Attorney Carlos García through Attorney Andrés Guillemard. The agreement is to be considered final, binding and enforceable by the Court as of this date.

**SO ORDERED.**

At San Juan, Puerto Rico, this 17th day of May, 2005.

S/**AIDA M. DELGADO-COLON**
**U.S. Magistrate-Judge**