IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARLOS A. GARCIA-PEREZ, ET AL,**<br>    **Plaintiffs**<br><br>     v.<br><br>**ALVARO SANTAELLA, ET AL,**<br>    **Defendants** | **Civil No. 97-1703(JAG)** |

### ORDER

A review of the docket entries reveal that motions at **Docket entries No. 264** (For Summary Judgment) and **272** (For Partial Summary Judgment) are to be considered withdrawn without prejudice or **MOOT**, in view of the settlement agreement entered by the parties.

**SO ORDERED.**

At San Juan, Puerto Rico, this 2nd day of June, 2005.

                                              S/**AIDA M. DELGADO-COLON**
                                              **U.S. Magistrate-Judge**