IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARLOS GARCIA PEREZ, ET AL,** | **CIVIL NO. 97-1703 (JAG/ADC)** |
| Plaintiffs, | **PLAINTIFFS DEMAND TRIAL BY JURY** |
| vs. | |
| **DR. ALVARO SANTAELLA, ET ALS,** | |
| Defendants | |

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL
## OF ALL CLAIMS WITH PREJUDICE

**TO THE HONORABLE COURT:**

Come now Plaintiffs, Carlos García Pérez, Gisela Baerga Torres, individually and on behalf of the García - Baerga Conjugal Partnership, and in representation of their minor child, Carla Isabel García Baerga, and also in representation of the Estates of Maria Genesis García Baerga, Ana Carolina García Baerga and Adrianna Maria García Baerga, and Defendants, Dr. Alvaro Santaella, Dr. Adel Vargas Rodríguez, Dr. Iván Terón Mendez, Dr. Amaury Vélez Torres, Dr. Mildred Quiñones, Dr. Alberto de la Vega and their Insurer, Sindicato de Aseguradores Para La Suscripción Conjunta de Seguros de Responsabilidad Profesional Médico Hospitalaria, hereinafter SIMED; Dr. Maria T. Casado García and her Insurer, the Guaranty Association of Miscellaneous Insurance, and Ashford Presbyterian Community Hospital and it's Insurer, American International Insurance Company of Puerto Rico, Inc., hereinafter referred to as AIICO. The Plaintiffs and Defendants will hereinafter be referred to collectively as the Parties, and respectfully state and pray as follows:

1.  That all Parties that have appeared in the captioned case have agreed to stipulate the

      voluntary dismissal with prejudice of the Complaint filed by Plaintiffs and all claims, cross claims and/or third party claims that may exist between the Parties.

2. In light of the aforementioned situation, the Parties hereby inform this Honorable Court that they stipulate and agree to the voluntary dismissal of all claims, cross claims and/or third party claims, with prejudice, in accordance with the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

3. The Parties also represent that they have reviewed the present Joint Motion for Voluntary Dismissal, agree with the content of the same, and consent that the same be filed on behalf of all Parties by Plaintiffs attorney, Andres Guillemard-Noble.

**WHEREFORE**, it is respectfully request that the Honorable Court take notice of this Joint Stipulation for Voluntary Dismissal of all claims, and enter judgment of voluntary dismissal with prejudice of all claims, cross claims and/or third party claims asserted and/or which may exist between the Parties.

      **RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 23rd day of June, 2005.

| | |
|---|---|
| **S/ANDRES GUILLEMARD NOBLE**<br>**ANDRES GUILLEMARD NOBLE, ESQ.**<br>USDC Bar Number 207308<br><br>Nachman & Guillemard<br>P.O. Box 9949<br>San Juan, P.R. 00908<br>Telephone 787-724-1212<br>Facsimile 787-725-1339 | **S/ PEDRO CORDOVA PELEGRINA**<br>**PEDRO J. CORDOVA PELEGRINA, ESQ.**<br>USDC Bar Number<br><br>Miranda Cardenas & Cordova Law Offices<br>P.O. Box 9023998<br>San Juan, P.R. 00902-3998<br>Telephone 787-721-3208<br>Facsimile 787-721-7875 |

| | |
|---|---|
| **S/ ANGEL DE CORRAL JULIA**<br>**ANGEL DE CORRAL JULIA, ESQ.**<br>USDC Bar Number<br><br>De Corral & De Mier<br>P.O. Box 194468<br>San Juan, PR 00918<br>Telephone 787-758-0644<br>Facsimile  787-758-0687 | **S/ JEANNETTE LOPEZ DE VICTORIA**<br>**JEANNETTE LÓPEZ DE VICTORIA, ESQ.**<br>USDC Bar Number 205101<br><br>Pinto-Lugo, Oliveras & Ortiz P.S.C.<br>P.O. Box 9024098<br>San Juan, P.R.  00902-4098<br>Telephone 787-724-8103<br>Facsimile   787-724-8152 |
| **S/ JAIME SIFRE RODRIGUEZ**<br>**JAIME SIFRE RODRÍGUEZ, ESQ.**<br>USDC Bar Number<br><br>Sanchez, Betances & Sifre, PSC<br>P.O. Box 195055<br>San Juan, PR 00911<br>Telephone 787-756-7880<br>Facsimile   787-753-6580 | **S/ PEDRO TOLEDO GONZALEZ**<br>**PEDRO TOLEDO GONZÁLEZ, ESQ.**<br>USDC Bar Number<br><br>Pedro Toledo González Law Offices<br>Bogorcian Bldg. Suite L-06, Stop 23<br>1606 Ponce de León Ave.<br>Santurce, PR 00909<br>Telephone 787-721-0650<br>Facsimile   787-722-3375 |
| **S/ ALEXIS D. MATTEI BARRIOS**<br>**ALEXIS D. MATTEI BARRIOS, ESQ.**<br>USDC Bar Number<br><br>Otero & López, LLP<br>P.O. Box 9023933<br>San Juan, PR 00902-3933<br>Telephone 787-724-4828<br>Facsimile 787-722-7662 | **S/ JOSE H. VIVAS**<br>**JOSÉ H. VIVAS, ESQ.**<br>USDC Bar Number<br><br>Vivas & Vivas<br>PO. Box 330951<br>Ponce, PR 00733-0951<br>Telephone 787-848-4420<br>Facsimile  787-848-4421 |
| **S/ DORIS QUINONES TRIDAS**<br>**DORIS QUIÑONES TRIDAS, ESQ.**<br>USDC Bar Number<br><br>Quiñones Tridas Law Offices<br>113 Padre de las Casas St.<br>El Vedado St.<br>San Juan, PR 00918-3116<br>Telephone 787-767-7862<br>Facsimile 787-282-0103 | **S/ ROBERTO RUIZ COMAS**<br>**ROBERTO RUIZ COMAS, ESQ.**<br>USDC Bar Number<br><br>González Villamil Law Offices<br>1181 Jesus T. Piñeiro Ave.<br>San Juan, PR 00920-5604<br>Telephone 787-792-5200<br>Facsimile  787-273-8250 |

| | |
|---|---|
| **S/ JOSE L. GONZALEZ CASTANER** | **S/ IGOR DOMINGUEZ PEREZ** |
| **JOSÉ L. GONZÁLEZ CASTAÑER** | **IGOR DOMINGUEZ PÉREZ** |
| USDC Bar Number | USDC Bar Number |
| | |
| González Castañer & Cordero Morales Law Offices | Igor J. Dominguez Law Office |
| Westernbank Plaza Suite 1500 | 652 Muñoz Rivera Ave. |
| 268 Muñoz Rivera Ave. | Suite 3125 |
| San Juan, PR 00918 | San Juan, PR 00918-4261 |
| Telephone 787-758-7819 | Telephone 787-250-0220 |
| Facsimile   787-758-4152 | Facsimile 787-250-0295 |