IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS A. GARCIA-PEREZ, et
al.,

    **Plaintiff(s)**

       **v.**

M.D. ALVARO SANTAELLA, et
al.,

    **Defendant(s)**

**CIVIL NO.** 97-1703 (JAG)

**JUDGMENT**

In accordance with the order issued today, the Court hereby enters judgment dismissing plaintiffs' claims **with prejudice**.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 23rd day of June 2005.

S/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. District Judge