IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARLOS A. GARCIA-PEREZ,** et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>**ALVARO SANTAELLA, MD, et al.,**<br><br>   Defendants. | Civil No. 97-1703 (JAG) |

**INFORMATIVE MOTION UNDER SEAL**

COME NOW plaintiffs, through the undersigned attorneys, and to this Honorable Court respectfully state, pray and allege as follows:

1. On June 23, 2005, a Joint Motion for Voluntary Dismissal was filed in the case of reference, inasmuch as the parties had reached a settlement agreement which disposed of the entire case.

2. In compliance with the abovementioned settlement agreement, various defendants have deposited before this Honorable Court their respective settlement amounts. (See Dockets #294, 296 and 297.)

4. In furtherance of the settlement agreement, plaintiffs on this same date are filing under seal a Motion Requesting Withdrawal of Funds which is self-explanatory.

WHEREFORE, it is respectfully requested that this Honorable Court takes notice of the abovementioned and that it grants leave to file the Motion Requesting Withdrawal of Funds Under

- 1 -

Seal.

I HEREBY CERTIFY: That on this same date a true and exact copy of the preceding document has been sent by the CM/ECF system to all the attorneys of record.

Respectfully submitted.

In San Juan, Puerto Rico, this 7th day of July, 2005.

        s/ Andres Guillemard-Noble
        **Andres Guillemard-Noble**
        USDC-PR 207308
        e-mail: aguillemard@guillemardlaw.com

        **NACHMAN & GUILLEMARD**
        Attorneys for Plaintiffs
        P.O. Box 9949
        San Juan, Puerto Rico 00908
        Tel. (787) 724-1212
        Fax. (787) 725-1339