Starting Time: 3:16 p.m.
Ending Time: 4:04 p.m.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS          DATE: July 7, 2005

HONORABLE AIDA M. DELGADO-COLON, U. S. MAGISTRATE JUDGE

COURTROOM DEPUTY: Sarah V. Ramón          Case No. 97-1703 (JAG)

================================================================

ATTORNEYS:

CARLOS GARCIA-PEREZ, ET. ALS          Carlos García-Pérez

Plaintiff

v.

ALVARO SANTAELLA, M.D., ET. ALS

Defendant

================================================================

Case called for a Judicial Authorization only to advise as to the investment of the funds.

Present are Carlos García-Pérez, Esq, plaintiff who is appearing pro-se and is accompanied by representatives from the UBS Trust of Puerto Rico investing firm: Federico López, Claudio Ballester, Esq. and Javier González.

Upon receiving the information as to the investment of the funds and the structure of the trust and being that the Judicial Authorization has already been approved by the District Judge, Magistrate Delgado-Colón in terms of the case, the type of trust to be created and the steps undertaken by parents/guardians and UBS are in benefit of the minor and cautionary measures are being taken, will recommend the approval of the trust and that parents be legally empowered to entail them as trustees as soon as the trust in constituted.

The remaining of the funds (for the adults claimants) are to be readily available and disbursed once the trust is constituted.

Motion to be filed regarding that matter with copy to the District Judge and to Magistrate Delgado-Colón.

s/Sarah V. Ramón
Sarah V. Ramón, Deputy Clerk