IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARLOS GARCIA PEREZ, et al. | |
| Plaintiffs | CIVIL NO. 97-1703(JAG) |
| v. | |
| ALVARO SANTAELLA, et al. | |
| Defendants | |

## MOTION TO SEAL DOCUMENT

TO THE HONORABLE COURT:

COMES NOW, defendant, Ashford Presbyterian Community Hospital, through their undersigned counsel, and very respectfully state and pray as follows:

1.      On this date the appearing defendant is filing a Motion Under Seal to Consign Settlement Amount.

2.      Due to the fact that the parties have agreed that the settlement agreement be kept strictly confidential, it is respectfully requested that the motion to consign funds and the amount of the settlement amount deposited be kept under seal as well.

WHEREFORE, it is respectfully requested defendant Ashford Presbyterian Community Hospital's motion to consign settlement amount be kept under seal.

RESPECTFULLLY SUBMITTED.

In San Juan, Puerto Rico, this 19th day of July 2005.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Andrés Guillemard, Esq.**, Nachman, Guillemard & Rebollo, P. O. Box 9949, San Juan, PR 00908, **Pedro J. Córdova, Esq.**, P.O. Box 9023998, San Juan, PR 00902-3998, **Angel de Corral, Esq.**, De Corral & De Mier, 130 Eleanor Roosevelt, Hato Rey, Puerto Rico 00918-3105,, **José Héctor Vivas, Esq.**, P. O. Box 951, Ponce, PR 00733-0951, **Doris Quiñones Tridas, Esq.**, 113 Padre Las Casas, Suite 601, Urb. El Vedado, San Juan, PR 00918-3116,**Roberto Ruiz Comas, Esq.**, Andalucía 406 (Altos), Puerto Nuevo, PR 00920, **Igor J. Domínguez, Esq.**, El Monte Mall, Suite 22, Hato Rey, PR 00918, **Pedro Toledo González, Esq.**, Julio Bogoricin Bldg., Suite L-06, Lobby, 1606 Ponce de León Ave., Santurce, PR 00909, **Alexis D. Mattei Barrios**, Otero & López, LLP, PO Box 9023933, San Juan, PR 00902-3933.

**SANCHEZ-BETANCES, SIFRE, MUÑOZ NOYA & RIVERA, P.S.C.**
Attorneys for Co-Defendant APCH
P. O. Box 195055
San Juan, Puerto Rico 00919-5055
Tel. (787) 756-7880, Fax (787) 753-6580

**MARTA E. VILA BAEZ**
USDC-PR 218111
mvila@sbslaw.com

H:\ASHFORD\890.004\030motiontoseal.wpd