**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

CARLOS GARCIA-PEREZ, <u>et al.</u>,

    **Plaintiff(s)**

       **v.**

ALVARO SANTAELLA, M.D., <u>et al.</u>,

    **Defendant(s)**

**CIVIL NO.** 97-1703 (JAG)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Since no objections were filed within the prescribed time period, the Court hereby **ADOPTS** the Magistrate-Judge's Report and Recommendation (Docket No. 304) with the clarification submitted by plaintiffs at Docket No. 308. Accordingly, plaintiffs Garcia and Baerga are hereby authorized to create a Trust for the benefit of Carla Isabel Garcia-Baerga, and to act as Trust Administrators. Once the Trust is established, plaintiffs may request disbursement of the remaining settlement funds consigned with the Clerk of the Court.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15th day of August 2005.

<u>S/Jay A. Garcia-Gregory</u>
JAY A. GARCIA-GREGORY
United States District Judge