# SEALED ORDER