IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARLOS A. GARCIA-PEREZ, et al.,**<br><br>    Plaintiffs,<br><br>        v.<br><br>**ALVARO SANTAELLA, MD, et al.,**<br><br>    Defendants. | Civil No. 97-1703 (JAG) |

**INFORMATIVE MOTION UNDER SEAL**

COME NOW, the plaintiffs, through the undersigned attorneys and respectfully state, pray and allege:

1.    Dated August 5, 2005, this Honorable Court adopted "Magistrate-Judge's Report and Recommendation on Judicial Authorization of Minor Settlement Claim" (docket No. 308).

2.    Regarding the above, plaintiffs are hereby filing their Motion Under Seal requesting amendment of same.

WHEREFORE, plaintiffs respectfully request that this Honorable Court take note of the above.

Respectfully submitted.

In San Juan, Puerto Rico, this 16th day of September, 2005.

                              s/ Andrés Guillemard Noble
                              **Andrés Guillemard Noble**
                              USDC-PR 207308
                              e-mail: aguillemard@guillemardlaw.com

**NACHMAN & GUILLEMARD**
Attorneys for Plaintiffs
P.O. Box 9949
San Juan, Puerto Rico 00908
Tel. (787) 724-1212
Fax (787) 725-1339